IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED
2004 JUN 14 A 11: 08
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY _____ CLERK

HAROLD WAYNE NICHOLS )
)
*Petitioner* )   No. 1:02-cv-330
)
v. )   Judge Edgar
)   Magistrate Judge Inman
RICKY BELL, Warden )
)   DEATH PENALTY CASE
*Respondent* )

## ADDENDUM No. 10

### Item 1

Report of Officer Dyer
of the East Ridge Police Department

| 1. OFFENSE RAPE | 2. CLASSIFICATION ATTEMPTED | TN 0: IO( | 89 YEAR | 1 MONTH | 6 DAY | 88-9459 COMPLAINT# |
|---|---|---|---|---|---|---|
| 3. DATE/TIME OF SUPPLEMENT 01-06-89  04:10 | 4. LOCATION OF INCIDENT EAST RIDGE POLICE DEPT. | | | | | |
| 5. PERSON ARRESTED HAROLD W. NICHOLS | SEX M | RACE W | DOB 12-31-60 | CID# 00002089RB | | TIME OF ARREST 00:15 |
| 6. PROPERTY RECOVERED none | | | | | | VALUE RECOVERED $ |
| 7. REPORTING OFFICER DYER | BADGE# 207 | | 8. APPROVING SUPERVISOR | | | |

On January 5, 1989 at 20:10 hours Capt. L Holland (ERPD) received an anonymous phone call from what is believed to be a white male stating that he knows the rapist because he works for him. He did not go into the facts as to how he knew this employee was the rapist, he just gave his name and advised to check him out. The caller called back a few minutes later and advised that he was the rapist manager and advised of his date of birth (DOB).

A routine computor check was conducted on the information and it was discovered that this subject had been arrested on a sex crime in the past (CPD-1895). A copy of his mug shot was picked up by Chattanooga detectives and all investigators were advised to contact their victims and meet at the East Ridge station.

I was able to contact the victim in this incident and she did respond as requested. Once at the ER station she was shown a photo line up of six subjects who favor in appearance. It took about 5 seconds before she positively identified Harold W. Nichols as the man who had broken into her residence and attempted to rape her.

She was the fourth victim in a row to identify Nichols as their attacker.

A warrant on one of the East Ridge cases was secured and detectives from East Ridge, Chattanooga and this dept. responded to 918 Donelson #15 in East Ridge and took the suspect in to custody without incident.

Once back at the ER station the suspect was advised of miranda and of the evidence against him, he did make a full confusion admitting to being the attacker in this incident.

He stated that he had been watching the victim for several days and on the night in question he parked he car north of the victims house on the west side of the street, and walked around the back of the house to a small window. He then forced open the storm window just by pushing it up, ( this is where the prints were lifted that matched one's taken in ER case) and then he forced open the inside window. He then got a lawn chair to step up on and went inside the window. There he had to crawl across a washer & dryer, went out a small door into the dining room, he went through the room to the entrance to the hall way, then down the hall to the front bedroom. There he woke up the victim and made her turn on the light. It was at that time that she began to struggle and the both of them rolled off the bed into the floor. He stated that he hit her a few times and that he heard someone coming down the hall. He then made her get up and he hid behind her and told her to advise the small child (boy) that everything was O.K.

Then a large white dog came down the hall and the victim told the dog to attack. The dog made motions towards him and he ran to the window he came in and left. As he was running and the side to the street he noticed the victim come outside on the porch and started screaming and then jumped into his car and left south bound.

The suspects statement or account of the event matched perfectly as to the facts described by the victim. And he advised of things that would only be known by the victim, this officer, and the suspect.

Nichols has been charged in this case with Assault with the intent to Rape and Burglary.

| STATUS | Active ☐  Pending ☐  Inactive ☐  Closed ☒ | Assigned To: | Authority | Date |
|---|---|---|---|---|
| NCIC/TIES Entries Have Been Made By: | | Date | All Items Have Been Cleared From NCIC/TIES By: | Date |

Case 1:02-cv-00330   Document 122   Filed 06/14/04   Page 2 of 3   PageID #: 216

|  | CLASSIFICATION ATTEMPTED | TN 0330 | YEAR | MONTH | DAY | 88-9459 COMPLAINT# |
|---|---|---|---|---|---|---|
| TIME OF SUPPLEMENT | 4. LOCATION OF INCIDENT | | | | | |
| SON ARRESTED | SEX | RACE | DOB | CID# | | TIME OF ARREST |
| PROPERTY RECOVERED | | | | | | VALUE RECOVERED $ |
| 7. REPORTING OFFICER DYER | | BADGE# 207 | | 8. APPROVING SUPERVISOR R. E. Dodd | | |

REF: BURGLARY CHARGE ON HAROLD W. NICHOLS

    Nichols who gave statement to police as using force to enter to residence, unlawfully also admitted to taking her purse and check book.
    He advised that he took the money from her purse and threw the purse out on the side of the road but was not sure where he was at the time.

CLEARED/ BY ARREST

| STATUS | Active ☐ Pending ☐ Inactive ☐ Closed ☒ | | Assigned To: | Authority | Date |
|---|---|---|---|---|---|
| NCIC/TIES Entries Have Been Made By: | | Date | All Items Have Been Cleared From NCIC/TIES By: | | Date |