IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

HAROLD WAYNE NICHOLS )
)
*Petitioner* )
) No. 1:02-cv-330
)
v. ) Judge Edgar
) Magistrate Judge Inman
RICKY BELL, Warden )
) DEATH PENALTY CASE
*Respondent* )

**ADDENDUM No. 10**

**Document 2**

A copy of the videotape of the petitioner's confession,
which was introduced as Exhibit 100 to the
petitioner's post-conviction hearing

FILED
2004 JUN 14 P 2: 34
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY _____ DEPUTY CLERK

JUN 1 4 2004
Clerk, U.S. District Court
Eastern District of Tennessee