175439

STATE OF TENNESEEE, HAMILTON COUNTY

Criminal Court

THE GRAND JURORS for the State aforesaid, being duly summoned, elected, impaneled, sworn and charged to inquire for the body of the County aforesaid, upon their oaths present:

That Harold Wayne Nichols heretofore on 20th day of December, 1988, in the County aforesaid, did unlawfully and feloniously take, steal and carry away one (1) purse, personal property and good and lawful money of the United States of America and one (1) knife, valued at less than $200.00, the property of Patricia Ann Gore, with intent to convert the same to his own use, and with intent to deprive the true owner thereof, against the peace and dignity of the State.

_____
District Attorney General

4

# STATE OF TENNESSEE

## PRESENTENCE REPORT

| | |
|---|---|
| Judge | Douglas Meyer |
| Court | Div. I, Criminal |
| Region | Southeast |
| Defense Attorney | Appointed Bryan/Moore |
| District Attorney | Lanzo/Bright |

| | |
|---|---|
| Docket Number | See Below |
| Sentencing Hearing Date | 11/02/90 |
| Date of Conviction | See Below |
| County | Hamilton |
| Date Referred | 05/20/90 |

## IDENTIFYING DATA

**Name (Last, First, Middle) AKA**
NICHOLS, HAROLD WAYNE

**Address**
Hamilton County Jail
601 Walnut Street
Chattanooga, TN. 37402

**Report Due** 10/26/90

**Prepared By/Date** 10/18/90
J. Stuart Barnes

| Age | D.O.B. | Sex | Race | Ht. | Wt. | Eyes | Hair | Marital Status |
|-----|--------|-----|------|-----|-----|------|------|----------------|
| 29 | 12/31/60 | Male | White | 5'10" | 140 | Blue | Red | Married |

| Social Security Number | FBI Number | FBI Sheet Attached | |
|---|---|---|---|
| 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 | 262 955 DA8 | Yes XXX | No |

## OFFENSE

**Offense/Date Occurred**
See Below.

**Date When Arrested, by Whom and Where Arrested (County)**
01/05/89
Chattanooga Police Department
Chattanooga, Tennessee
Hamilton County

**Present Location of Defendant**

Bond _____ In Custody __XXX__
Since
Amount _____ Time in Jail 01/05/89

**Sentence Imposed**
#175504: Death; Others Withheld

**Disposition**
Pending

## OFFICIAL VERSION

### Docket #175497:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal Court, being duly sworn, upon their oaths present: That Harold Wayne Nichols heretofore on the 27th day of December, 1988, did unlawfully, feloniously and burglariously break and enter into the dwelling house of Tami Roszell, by night, with intent to commit a felony, to wit: Aggravated Rape, against the peace and dignity of the State.

### Docket #175495:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal Court, being duly sworn, upon their oaths present: That Harold Wayne Nichols heretofore on the 27th day of December, 1988, did unlawfully and feloniously engage in sexual penetration with Tami Roszell, by the use of force or coercion, while he, the defendant was armed with a weapon, to wit: a cord, thereby causing personal injury to Tami Roszell, against the peace and dignity of the State.

LEON HALEY JR. CLERK
BY _____ D.C.
CRIMINAL _____

OFFICIAL VERSION (Continued):

### Docket #175431:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal Court, being duly sworn, upon their oaths present: That Harold Wayne Nichols heretofore on the 27th day of December, 1988, did unlawfully and feloniously engage in sexual penetration, to wit: Fellatio with Tami Roszell, by the use of force or coercion, while he, the defendant was armed with a weapon, to wit: a cord, thereby causing personal injury to Tami Roszell, against the peace and dignity of the State.

### Docket #175433:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal Court, being duly sworn, upon their oaths present: That Harold Wayne Nichols heretofore on the 3rd day of January, 1989, did unlawfully and feloniously engage in sexual penetration, to wit: anal intercourse with Susan Tate, by the use of force or coercion, while he, the defendant was armed with a weapon, to wit: a pistol, thereby causing personal injury to Susan Tate, against the peace and dignity of the State.

### Docket #175490:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal Court, being duly sworn, upon their oaths present: That Harold Wayne Nichols heretofore on the 3rd day of January, 1989, did unlawfully, feloniously and burglariously break and enter into the dwelling house of Susan Tate, by night, with intent to commit a felony, to wit: Larceny, Felonious Assault and Aggravated Rape, against the peace and dignity of the State.

### Docket #175435:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal Court, being duly sworn, upon their oaths present: That Harold Wayne Nichols heretofore on the 3rd day of January, 1989, did unlawfully, feloniously, willfully, deliberately, premeditatedly, maliciously and with malice aforethought assault Susan Tate, with a certain dangerous and deadly weapon, to wit: a pistol, with intent at the time to unlawfully, feloniously, willfully, deliberately, premeditatedly, maliciously and with malice aforethought kill and murder the said Susan Tate, and bodily injury to Susan Tate occurred as a result of such assault as aforesaid, against the peace and dignity of the State.

OFFICIAL VERSION (Continued):

Docket #175442:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal
Court, being duly sworn, upon their oaths present: That Harold Wayne
Nichols heretofore on the 3rd day of January, 1989, did unlawfully
and feloniously take, steal and carry away one (1) purse, personal
papers, good and lawful money of the United States of America, and
one (1) pistol, valued at more than $200.00, the property of Susan
Tate, with intent to convert the same to his own use, and with intent
to deprive the true owner thereof, against the peace and dignity of
the State.

Docket #180537:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal
Court, being duly sworn, upon their oaths present: That Harold Wayne
Nichols heretofore on or before December 21, 1988, did unlawfully and
feloniously engage in sexual penetration, to wit: vaginal intercourse
with Patricia Ann Gore, by the use of force or coercion, while he, the
defendant was armed with a weapon, to wit: a knife, and the defendant
caused personal injury to Patricia Ann Gore, against the peace and
dignity of the State.

Docket #180536:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal
Court, being duly sworn, upon their oaths present: That Harold Wayne
Nichols heretofore on or before December 21, 1988, did unlawfully and
feloniously take, steal and carry away one (1) purse, personal property,
good and lawful money of the United States of America, and one (1) knife,
valued at less than $200.00, the property of Patricia Ann Gore, with
intent to convert the same to his own use, and with intent to deprive
the true owner thereof, against the peace and dignity of the State.

Docket #180535:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal
Court, being duly sworn, upon their oaths present: That Harold Wayne
Nichols heretofore on or before the 21st day of December, 1988, did
unlawfully, feloniously and burglariously break and enter into the
dwelling house of Patricia Ann Gore, by night, with intent to commit
a felony, to wit: Aggravated Rape, against the peace and dignity
of the State.

OFFICIAL VERSION (Continued):

Docket #175440:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal
Court, being duly sworn, upon their oaths present: That Harold Wayne
Nichols heretofore on the 3rd day of January, 1989, did unlawfully
and feloniously engage in sexual penetration, to wit: anal intercourse
with Patricia Ann Roach, thereby causing personal injury to Patricia
Ann Roach, against the peace and dignity of the State.

Docket #175438:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal
Court, being duly sworn, upon their oaths present: That Harold Wayne
Nichols heretofore on the 3rd day of January, 1989, did unlawfully and
feloniously engage in sexual penetration, to wit: Fellatio with
Patricia Ann Roach, thereby causing personal injury to Patricia Ann
Roach, against the peace and dignity of the State.

Docket #175492:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal
Court, being duly sworn, upon their oaths present: That Harold Wayne
Nichols heretofore on the 3rd day of January, 1989, did unlawfully,
feloniously and burglariously break and enter into the dwelling house
of Patricia Ann Roach, by night, with intent to commit a felony, to
wit: Aggravated Rape, against the peace and dignity of the State.

Docket #175441:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal
Court, being duly sworn, upon their oaths present: That Harold Wayne
Nichols heretofore on the 3rd day of January, 1989, did unlawfully,
feloniously, willfully, and knowingly cause or attempt to cause serious
bodily injury to Patricia Ann Roach, by the use of a deadly weapon,
to wit: his fists, against the peace and dignity of the State.

Docket #178087:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal
Court, being duly sworn, upon their oaths present: That Harold Wayne
Nichols heretofore on January 3, 1989, did unlawfully and feloniously
engage in sexual penetration, to wit: .vaginal intercourse with Patricia
Ann Roach, thereby causing personal injury to Patricia Ann Roach, against
the peace and dignity of the State.

OFFICIAL VERSION (Continued):

Docket #175423:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal
Court, being duly sworn, upon their oaths present: That Harold Wayne
Nichols heretofore on or before the 30th day of September, 1988, did
unlawfully and feloniously engage in sexual penetration with Karen
Pulley, by the use of force or coercion, while he, the defendant was
armed with a weapon, to wit: a two by four board, thereby causing
personal injury to Karen Pulley, against the peace and dignity of
the State.

Docket #175425:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal
Court, being duly sworn, upon their oaths present: That Harold Wayne
Nichols heretofore on or before the 30th day of September, 1988, did
unlawfully, feloniously and burglariously break and enter into the
dwelling house of Karen Pulley, by night, with intent to commit a
felony, to wit: Murder and Aggravated Rape, against the peace and
dignity of the State.

Docket #175504:

The Grand Jurors for the State of Tennessee, Hamilton County Criminal
Court, being duly sworn, upon their oaths present: That Harold Wayne
Nichols heretofore on or before the 30th day of September, 1988, did
unlawfully and feloniously, willfully, deliberately, maliciously,
premeditatedly and of malice aforethought assault, kill and murder
Karen Pulley, against the peace and dignity of the State.

The Grand Jurors for the State aforesaid further present: That Harold
Wayne Nichols heretofore on or before the 30th day of September, 1988,
did unlawfully and feloniously murder Karen Pulley in the perpetration
of or attempt to perpetrate Burglary and Aggravated Rape, against the
peace and dignity of the State.

Conviction Date: 09/13/89

Docket #175497: Burglary: Guilty plea.
Docket #175495: Aggravated Rape: Guilty plea.
Docket #175431: Aggravated Rape: Dismissed, reversed and remanded.

OFFICIAL VERSION (Continued):

Conviction Date:  10/24/89

Docket #175433:  Aggravated Rape:  Guilty plea.
Docket #175490:  1st Degree Burglary:  Guilty plea.
Docket #175435:  Felonious Assault With Firearm With Intent to
                 Commit 1st Degree Murder:  Dismissed.
Docket #175442:  Grand Larceny:  Pled guilty to Petit Larceny.

Conviction Date:  01/11/90 (Jury Verdict)

Docket #175440:  Aggravated Rape:  Guilty of Attempt to Commit Aggravated
                 Rape.
Docket #175438:  Aggravated Rape:  Guilty.
Docket #175492:  1st Degree Burglary:  Guilty.
Docket #175441:  Aggravated Assault:  Guilty of Assault and Battery-
                 Set aside.
Docket #178087:  Aggravated Rape:  Guilty.

Conviction Date:  02/21/90 (Jury Verdict)

Docket #180537:  Aggravated Rape:  Guilty.
Docket #180536:  Petit Larceny:  Guilty.
Docket #180535:  1st Degree Burglary:  Guilty.

Conviction Date:  05/05/90

Docket #175423:  Aggravated Rape:  Guilty plea.
Docket #175425:  1st Degree Burglary:  Guilty plea.
Docket #175504:  First Degree Murder:  Guilty plea.

Note:  On May 9, 1990, the above-named subject was convicted, on his
plea of guilty, of Rape, Burglary and Felony Murder in the Perpetration
of Burglary and Aggravated Rape.  On May 12, 1990, a jury, after
hearing evidence in the case, recommended the death penalty for the
murder of Karen Pulley.


DEFENDANT'S STATEMENT:

The subject declined to make a written statement for this report,
but referred this officer to a taped statement made to Detective
Richard Heck as to the facts to the offense, and to a report filed
by Clinical Psychologist Eric S. Ingam as to the motivating factors
for the offenses.

## VICTIM'S STATEMENT:

### Karen Pulley:

This victim is dead by the defendant's hand.

### Ann Gore:

Ms. Gore stated that she felt that the defendant should serve every day that he can possibly be given.  She stated that she felt that he never should have been out on parole in the first place.  "It has completely changed my life.  I am scared of strangers, and scared to be by myself.  I feel that I will never be over this."

### Pat Roach:

Ms. Roach stated that she wished to give no further statement other than the victim's impact statement that she had already submitted.  She did state, however, that she felt like the defendant should be punished to the maximum for everything he did.

### Tami Roszell:

"This was a very traumatic experience.  I will never be able to forget it."  "He should never ever be back out on the streets.  I wouldn't feel safe.  He shouldn't have been paroled at all."

### Susan Tate:

"I hope he gets everything he has coming.  I am still  trying to deal with the fear and emotional trauma.  I'll never be the same."

## MITIGATING FACTORS:

Defense counsel Rosemarie Bryan requested that the Court consider the following as mitigating factors:

1.  When arrested, subject gave free will confessions to all the crimes.

2.  Subject did plead guilty to the crimes at trial.

ENHANCING FACTORS:

1. The defendant has a history of criminal convictions and criminal behavior.

2. The defendant treated or allowed a victim(s) to be treated with exceptional cruelty during the commission of the offense.

3. The personal injuries inflicted upon the victim(s) was particularly great.

4. The offense involved a victim and was committed to gratify the defendant's desire for pleasure or excitement.

5. The defendant has a history of unwillingness to comply with the conditions of a sentence involving release in the community.

6. The defendant possessed and employed a deadly weapon during the commission of the offenses.

7. The defendant had no hesitation about committing a crime when the risk to human life was high.

8. During the commission of the felony the defendant willfully inflicted bodily injury upon another person.


PRIOR RECORD:

A. Juvenile Adjudications:

   None found locally.

B. Adult Record:

| Date | Agency | Offense | Disposition |
|------|--------|---------|-------------|
| 09/03/84 | Chattanooga Police Dept. | Burglary (2 Counts), Attempted Rape | 12/18/84 Criminal Court: 5 years. |
| 09/10/86 | | Parole Violation | Disposition unknown. |
| 06/29/87 | Chattanooga Police Dept. | Prowling, Carrying Dangerous Weapon, Parole Revoked | City Court: $100 fine, 60 days. |

B. Adult Record (Continued):

| Date | Agency | Offense | Disposition |
|------|--------|---------|-------------|
| 01/05/89 | Chattanooga Police Dept. & Red Bank Police Dept. & East Ridge Police Dept. | Murder, Rape (13 Counts), Burglary (13 Counts) | Instant offenses and pending offenses. |

## EDUCATION:

The subject states that he attended local public schools until he graduated from Kirkman High School in June of 1979. Chattanooga Public School records indicate that the subject did, in deed, graduate in the summer of 1979 after taking senior english in summer school. The subject claims no further technical or vocational training.

## HEALTH INFORMATION:

The subject states that he is in good health, under the treatment of neither clinician nor physician, and is addicted to no intoxicants. The subject states that he, in fact, uses no intoxicants, although he has occasionally smoked marijuana.

The subject was evaluated, at the behest of the defense, by Eric S. Ingam, Clinical Psychologist, who attributes the subject's crimes to "intermittent explosive disorder". See attached report.

## FAMILY HISTORY:

The subject was born December 31, 1960, to the union of James M. Nichols (DOB: 10/31/20) who currently is retired and resides somewhere in Missouri, and Nannie Lou Christa Nichols (DOB: 10/31/30) who died in 1971 when the subject was approximately 11 years of age. The subject lists one sibling, a sister, Diane Sullivan, age 33, who resides in Ft. Lauderdale, Florida.

## FAMILY HISTORY (Continued):

The subject married JoAnn Ingram on November 1, 1986. She has currently moved out of the Chattanooga area, and the subject does not know her whereabouts. He states that he has not communicated with her in a number of months and he does not know whether she has instituted divorce proceedings or not. The subject claims one child, Dottie Eldine Nichols, age 5, who resides with her mother, Carol Vickers, in Clay Center, Kansas. The subject states that this child was the result of a short term conjugal relationship with Carol Vickers. The subject claims no other offspring or long term conjugal relationship.

No home visit was made as the subject has no address other than the Hamilton County Jail. The subject's wife has moved from his last free world address.

Family history confirmed by parole records.

## EMPLOYMENT:

The subject worked from October 25, 1986 until June 29, 1987, at Godfather's Pizza. This is confirmed.

From July, 1988 to January 5, 1989, the subject worked at Godfather's Pizza. This is confirmed.

The subject states that he also worked for Chitwood Mobile Homes for a period of time. This is unconfirmed.

The subject's future employability is irrelevent in this case.

## FINANCIAL CONDITION:

A. Assets:

The subject states that he has none.

B. Liabilities:

The subject states that he has none.

RESTITUTION:

Restitution is not a factor in this case.

SOURCES OF INFORMATION:

Harold Wayne Nichols, Defendant
Hamilton County District Attorney General, Records
Hamilton County Criminal Court Clerk, Records
Hamilton County Sheriff's Department, Records
Chattanooga Police Department, Records
East Ridge Police Department, Records
Red Bank Police Department, Records
Hamilton County Juvenile Court, Records
Ann Gore, Victim
Pat Roach, Victim
Tami Roszell, Victim
Susan Tate, Victim
Godfather's Pizza, Personnel
Chitwood Mobile Homes, Personnel
Eric S. Ingam, Clinical Psychologist
Parole Records
Steve Bevil, Assistant District Attorney General
Rosemarie Bryan, Defense Counsel

SUMMARY AND ANALYSIS:

Before the Court is a 29 year old married white male convicted, on
his pleas of guilty, of Murder, Aggravated Rape (6 Counts), 1st
Degree Burglary (5 Counts), Petit Larceny (2 Counts), and Attempted
Rape.

The subject has been sentenced to death by electrocution for
the 1st Degree Murder, and remains to be sentenced on the rest
of the charges.

In addition to these convictions, the subject has implicated himself
in a taped statement to police officers in seven other rapes or
attempts, and the ancillary burglaries and petit larcenies attendent
upon them.

## SUMMARY AND ANALYSIS (Continued):

The subject has been described by Eric S. Ingam, Clinical Psychologist,
as suffering from "intermittent explosive disorder".  If so, the
results have been absolutely devastating to this community, and
especially to his victims.  The actions predicated by the subject's
disorder, have, without doubt, earned him the maximum penalty allowable
under law for each crime of which he is convicted.  That these
sentences should be served consecutively, wherever possible, appears
to go without saying.

## PLAN OF SUPERVISION:

The subject has been sentenced to death by electrocution.

Unless otherwise noted, the information contained herein has been
verified and is accurate to the best of this officer's knowledge.

J. Stuart Barnes, Probation Officer II
State Probation Office
Chattanooga Regional Office

JSB/lb

affects of the abuse, the social alienation, the intense feelings of frustration, and the lack of accomplishment, it appears that there was an increasing anger or rage building within Mr. Nichols which was never adaquately tempered, modified or depleted. As a consequence, he appears to be an individual who on the surface is placid, passive, ineffectual, and non-threating. Yet, underneath the surface there are raging tentions, anger, and hostilities which periodically exploited into the aforementioned violent acts.

The results of testing reveal that Mr. Nichols is performing within the high average bright normal range of intellectual functioning with a wais/r full scale IQ of 106. The results of personality assessment indicate and individual who harbors deep-seated resentfulness combined with strong needs for affection, attention, and symphathy from others. The tests results confirm some degree of underlying thought disorder and bizarre mentation combined also with bizarre sensory experiences, psychomotor acceleration, and feelings of mistreatment, misunderstanding, and being unloved. The tests results suggest periods of accelerated speech, thought processes, and motor activities which may explode into periodic and unpredictable expressions of violent and aggressive behaviors.

DX.IM.:
Access I:  312.34 intermittant explosive disorder.

Access II:  V71.09 no diagnosis on access II.

Summary:  The test results, combined with the results of clinical interviewing and the interviewing of other relevant parties very strongly support the above diagnosis of IED. The elements that were identified include:

1.  Recurrent episodes of significant of loss of control of aggressive impulses that result in serious behaviorial outburst injurious to others;

2.  A magnitude of behavior that is grossly out of proportion to any psychosocial stressors;

3.  Feelings of bizarre sensory experiences preceeding the behaviorial acts;

4.  Symptoms appearing quickly and remitting just as

quickly;

    5.   A strong super ego component which leads to confession;

    6.   Genuine regret and guilt;

    7.   No signs of generalized impulsivity or agressiveness between such episodes.  Essentially as Mr. Nichols describes his status at the time of these crimes, it was "like he 'felt not like himself but rather like when you lean backward in a chair and almost tip over to catch yourself."  Because of the general absence of any other aggressive, exploitative, or anti-social personality features, the diagnosis of intermittent explosive disorder is most applicable to this situation.

                        Eric S. Engum
                        Ph.D., J.D.
                        Clinical Psychologist

# REPORT ON HAROLD WAYNE NICHOLS

He was born 12-31-60 referred by Mr. Hugh Moore and Ms. Rosemarie Bryan, Attorneys at Law. Initial contact was 09-25-89. Final contact 04-09-90.

Harold Wayne Nichols, a 30 year old, white, married male, was evaluated incident to his arrest for a series of rapes, one of which concluded in the death of the victim. A psychological evaluation was requested to determine whether Mr. Nichols met the standards for an insanity defense. Psychological evaulation included multiple clinical interviews on 27 November, 1989, 18 December, 1989, 08 January, 1990, 26 February, 1990, 19 March, 1990, and 09 April, 1990. In addition, psychological evaulation was accomplished through administration of the Wechsler Adult Intelligence scale/revised (wais-r), the Minnesota Multiphasic Personality inventory-2 (mmpi-2), the Carlson Psychological inventory (cci), and the Motivation Analysis Test (mat). Finally, clinical evaulation was based upon extensive interviews with Mr. James "Mac" Nichols (father) on 06 November, 1989; Mrs. Joann Nichols (wife) on 15 January, 1990; Rev. Gene Butler (pastor) on 15 January, 1990, and Rev. Winston Gonia (minister) on 09 April, 1990.

The results of psychological interviewing reveal an individual who was raised in a rather hostile, physically and emotionally abusive environment. It appears that after the death of his protective and nurturant mother, Mr. Nichols was subject to both physical and emotional abuse at the hands of his father. This abuse reached the level that there was significant concern in the Church of God of Prophecy community which ultimately lead to Mr. Nichols placement in the Tomlinson Home for Children in Cleveland, Tennessee. For approximately 6 years. During that time, Mr. Nichols was exposed to numerous sets of house parents. Every time he would establish a warm and close relationship, those house parents would essentially move on and abandon him. For this reason, there appear to be significant impairments in the areas of warmth, empathy, affiliation, socilization, and trust. Following his return home from the orphanage, he was again reunited with a rejecting father in what is best termed as a rather bizarre socially isolated relationship. The social alienation and feelings of anomie that are present in this individual also seem to stem from numerous rejections by peers, particularly female figures in his life. With the accumulated

1-4e (Rev 11-22-77)

# UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
#### IDENTIFICATION DIVISION
#### WASHINGTON,D.C. 20537

02/22/89

Use of the following FBI record NUMBER   262 955 DA8    is REGULATED BY LAW. It is furnished FOR OFFICIAL USE ONLY and should ONLY BE USED FOR PURPOSE REQUESTED. When further explanation of arrest charge   13 or disposition is needed, communicate directly with the agency that contributed the fingerprints.

| Contributor: Identifier (ORI) Name Case Number (OCA) | Subject Name State Number (SID) | Arrested or Received | C – Charge<br><br>D – Disposition |
|---|---|---|---|
| NATIONAL CRIME INFORMATION CENTER FGPT. | | CLASS: | 17 TT 03 05 13 AA 06 07 10 14 |
| TN0330100 POLICE DEPARTMENT CHATTANOOGA,TN 75136 | NICHOLS, HAROLD WAYNE TN389806 | 09/04/84 | C-2 CTS BURGLARY C-ATTEMPT RAPE |
| TN065015C BRUSHY MT ST PEN PETROS,TN 105653 | NICHOLS, HAROLD WAYNE TN389806 | 12/18/84 | C-BURG III C-BURG II C-ASLT W/INT CMT RAPE    CNTS TO WHICH DISPOS AND    SENTENCE APPLY NOT KNOWN D-5 YRS |
| TN0330100 POLICE DEPARTMENT CHATTANOOGA,TN 75136-84 | NICHOLS, HAROLD WAYNE TN389806 | 06/29/87 | C-CARRYING DANGEROUS WEAPON D-06/30/87    $100 AND 60 DAYS WORK HOUSE |
| TN0330100 POLICE DEPARTMENT CHATTANOOGA,TN 75316-84 75136 CONTRIBUTOR COPY TN0330100 POLICE DEPARTMENT CHATTANOOGA,TN | NICHOLS, HAROLD WAYNE TN389806 | 01/06/89 | C-3 AGG RAPE C-2 BURG C-2 FEL A MURDER |

CONFIDENTIAL

LAW ENFORCEMENT

USE ONLY

FORM A342

CITY COURT DISP.: *B BOGS Murder NO Bond* DATE: *1-9-89*

FINAL DISP.: ........................ DATE: ............... INO.#: ...........

*89-196 , 89-197 , 89-199*

CPD#: 075136-84-CH    ARRESTS: 89-000195 )   STATE ID: 389806
FBI#: 262-955-DA8                           FPC#: 17TT030513AA06071014

DATE AND TIME OF ARREST: 01-06-89   23:45      DATE OF OFFENSE: 102088

NAME: NICHOLS                      ALIAS: ALIAS NOT ON FILE

        HAROLD      WAYNE
ADDR: 000918    DONALDSON       RD   CHATTA    TN 00000    DOB: 12-31-60

AGE: 028   HGT: 510 WGT: 150   P.O.B.: CITY: CHATTA    ST: TN   COUNTY:
S.S. NO.: 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   OCCUPATION: COOK      EMPLR: GODFATHER'S PIZZA

RELATIVE: NICHOLS         JOANN           RELATIONSHIP: WIFE
    ADDR: 000918    DONALDSON       RD   CHATTA    TN

CHARGE: *2* 2020010 RAPE BY FORCE *Agg* *$200,000 BOGS*
       *2* *Burglary* *$2000* *BOGS*
       *2* *Fel Aslt* *$2000* *BOGS*
       *1* *Att Rape* *(1) Murder - NO Bond*

PHOTO TAKEN: 01-07-89   ACCOMPLICE:
                       *$100,000 BOGS*

SCARS, MARKS, TATTOOS, AMPUTATIONS: .........................

---

| <<<<<<<< AGE >>>>>>>>> | <<<<<<<< HEIGHT >>>>>>>> | <<<<<<< WEIGHT >>>>>>> |
|---|---|---|
| 5   1951-1960 | 4   5 FT 10 - 6 FT 3 | 4   141 LBS - 160 LBS |
| <<<<< SEX AND RACE >>>>> | <<<<<<< COMPLEXION >>>>>> | <<<<<<< BUILD >>>>>>> |
| 1   WHITE MALE | 1   LIGHT OR FAIR | 3   MEDIUM OR AVERAGE |
| | 7   FRECKLED | |
| <<<<< HAIR COLOR >>>>> | << HAIR (FACIAL/HEAD) >> | <<<<<<< TEETH >>>>>>> |
| 2   RED | 2   WAVY OR CURLY | 002 MISSING-SOME |
| | 5   CREW CUT | |
| | 9   MUSTACHE | |
| <<<<< EYES COLOR >>>>> | <<<<< EYE DEFECTS >>>>> | <<<<<<< SPEECH >>>>>>> |
| 4   BLUE | 011 NONE | 051 NORMAL |
| <<<< VOICE / PITCH >>>>> | <<<<<<< ODDITIES >>>>>>> | <<<< SPEECH ACCENT >>>> |
| 031 NORMAL | | 100 SOUTHERN |
| << TATTOOS/BIRTHMARKS >> | <<<<< DESCRIPTIONS >>>>> | <<<<<<<<< SCARS >>>>>>> |

_____ : OFFICER

| Unfounded / Not cleared / Cleared | No. Prrs. Arr. 1 | Extra Copies | District B-2 | Defendant's True Name (Office Use Only) (Last) (First) (Middle) NICHOLS, HAROLD WAYNE | COMP. NO. 9.5419 |
|---|---|---|---|---|---|

| Sober ■ Yes □ No | Resist □ Yes ■ No | Armed □ Yes ■ No | Defendant's Name (Last) (First) (Middle) NICHOLS HAROLD WAYNE | Arrest No. 89-0197 |
|---|---|---|---|---|

| Weapon (Describe) — | Narcotic □Yes ■No □Unk | Nickname or Alias | CPD No. 75136-84 |
|---|---|---|---|

| Where Defendant Employed or School    City GODFATHERS PIZZA    DAYTON BLVD  CHATTA | Defendant's Address    City 918 DONALDSON RD  APT 15  CHATTA | Place of Birth (State) TN |
|---|---|---|

| Phone Res. 698-6023 | Phone Bus. | Searched by Badge C005 | Age 28 | Sex m | Race W | Ht 510 | Wt 150 | Hair red | Eyes blue | City or County (Birth CHATTA |
|---|---|---|---|---|---|---|---|---|---|---|

| Transporting Officer Badge 446 | Arresting Officer Badge 446 - 330 | Formal Charge 01100 Date/Time MURDER  1-6-89  10 pm | Date of Birth 12-31-60 |
|---|---|---|---|

| Date/Time Booked 1-7-89  0153 | Booking Officer Badge C013 | Location of Arrest 3300 Amnicola Hwy | S.S.N. 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 |
|---|---|---|---|

| Def's Money | Supervisor Approving 304 | Reviewer | F P Class | Dr. License # |
|---|---|---|---|---|

| City Court Disp.    Date | Additional Charges: |
|---|---|

CODE: R-Person Reporting Crime
P-Parent or Guardian
W-Witness
(Show Sex-Decent-Age)

| Name | Code | Residence Address | Res. Phone | Bus.,Phone |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Physical Evidence: (Describe) | Property Receipt # |
|---|---|

Vehicle:
Yr. make   body   model   color(s)

| Vehicle Identification No. (VIN) | Reg. No. | State/Yr. |
|---|---|---|

Vehicle Towed: □ Yes □ No    Vehicle Towed to:

Narrative (Summarize Details of Arrest):

BOND DATE: 1-9-89  10 Am

DEF. WAS/IS CHARGED WITH THE SEPT 30th 1988 MURDER

OF KAREN ELISE PULLEY AT 407 BROOKFIELD AVE.

N.C.I.C: NO
LOCAL: NO
BY C013
DATE 1-7-89

| Defendant Blood Alcohol Content: | Reporting Officer Sgt. RICHARD HECIL 446  DET. STEVE ANGEL 33c | Badge |
|---|---|---|

# CHATTANOOGA POLICE DEPARTMENT ARREST REPORT

| | | | | Defendant's True Name (Office Use Only)<br>(Last)          (First)          (Middle)<br>NICHOLS, HAROLD    WAYNE | COMP. NO.<br>102221 |
|---|---|---|---|---|---|
| ☐ Unfounded<br>☐ Not cleared<br>☑ Cleared | No. Pers. Arr.<br>1 | Extra Copies | District | | |

| Sober<br>☐ Yes ☐ No | Resist<br>☐ Yes ☐ No | Armed<br>☐ Yes ☐ No | Defendant's Name<br>(Last)       (First)       (Middle)<br>NiCHOLS   HaROLD   WAyNE | Arrest No.<br>89-00195 |
|---|---|---|---|---|

| Weapon (Describe) | Narcotic<br>☐Yes ☐No ☐Unk | Nickname or Alias | CPD No.<br>75136-84 |
|---|---|---|---|

| Where Defendant Employed or School        City<br>GODFATHERS PIZZA   DAYTON BLVD   CHATTA | Defendant's Address        City<br>918 DONALDSON RD APT 15   CHATTA | Place of Bir<br>(State)<br>TN |
|---|---|---|

| Phone Res.<br>698-6023 | Phone Bus. | Searched by Badge<br>C005 | Age<br>28 | Sex<br>M | Race<br>W | Ht<br>510 | Wt<br>150 | Hair<br>red | Eyes<br>blue | City or County (Birt<br>CHATTA |
|---|---|---|---|---|---|---|---|---|---|---|

| Transporting Officer Badge | Arresting Officer Badge<br>398- | Formal Charge  0Z010<br>Agg RApE | Date/Time<br>6 JAN.89  1145 | Date of Bir<br>12-31-60 |
|---|---|---|---|---|

| Date/Time Booked<br>1-7-89   0136 | Booking Officer Badge<br>C013 | Location of Arrest<br>3300 AmNicolA HighWay | S.S.N.<br>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 |
|---|---|---|---|

| Def's Money | Supervisor Approving<br>304 | Reviewer | F P Class | Dr. License # |
|---|---|---|---|---|

| City Court Disp.        Date | Additional Charges: |
|---|---|

| CCODE: R-Person Reporting Crime<br>P-Parent or Guardian<br>W-Witness<br>(Show Sex-Decent-Age) | |
|---|---|

| Name<br>TAmmy HickS | Code<br>V | Residence Address<br>3437 ELdER MTN. Rd. | Res. Phone<br>821-6723 | Bus. Phone |
|---|---|---|---|---|
| | | | | |

| Physical Evidence: (Describe) | Property Receipt # |
|---|---|

| Vehicle:<br>Yr. make   body   model   color(s) | Vehicle Identification No. (VIN) | Reg. No.<br>NO N.C.IC: | State/Tr |
|---|---|---|---|

| Vehicle Towed:<br>☐ Yes ☐ No | Vehicle Towed to: | NO LOCAL<br>BY  C013 |
|---|---|---|

**Narrative (Summarize Details of Arrest):**    DATE  1-7-89

BOND DATE: 12 JAN.89  1600 Hrs

Def was arrest for Agg Rape on Tammy Hicks W-F-23 on 20 Oct.88 at 0045hrs at her home at 3437 Elder Mtn. Rd The suspect hit her in the head with a candle stick holder and force her to have intercourse with him.

| Defendant Blood Alcohol Content: | Reporting Officer<br>Sgt. D. Dedier #398 | Badge |
|---|---|---|

| | No. Pers. Arr. | Extra Copies | District | Defendant's True Name (Office Use Only) (Last) (First) (Middle) | | COMP. NO. |
|---|---|---|---|---|---|---|
| ☐ Unfounded<br>☐ Not Cleared<br>☐ Cleared | —/— | | A-9 | NICHOLS,HAROLD WAYNE | | 124022-8 |

| Soper | Resist | Armed | Defendant's Name (Last) (First) (Middle) | Arrest No. |
|---|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | Nichols Harold Wayne | 89-0196 |

| Weapon (Describe) | Narcotic<br>☐Yes ☐No ☐Unk | Nickname or Alias | CPD No.<br>75136-84 |
|---|---|---|---|

| Where Defendant Employed or School | City | Defendant's Address | City | Place of Birth (State) |
|---|---|---|---|---|
| GODFATHERS | CHATTA | 918 DONALDSON RD | CHATTA | TN |

| Phone Res. | Phone Bus. | Searched by Badge | | Age | Sex | Race | Ht | Wt | Hair | Eyes | City or County (Birth) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 698-6023 | | 491 | C005 | 28 | M | W | 510 | 150 | red | blue | CHATTA |

| Transporting Officer Badge | Arresting Officer Badge | Formal Charge 05113 Date/Time | Date of Birth |
|---|---|---|---|
| | 491-398 | Burglary 1-6-89 1600 | 12-31-60 |

| Date/Time Booked | Booking Officer Badge | Location of Arrest | S.S.N. |
|---|---|---|---|
| 1-7-89 0148 | C013 | 3300 Amnicola Hwy | 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 |

| Def's Money | Supervisor Approving | Reviewer | F P Class | Dr. License # |
|---|---|---|---|---|
| | 304 | | | |

| City Court Disp. | Date | Additional Charges: 02020 |
|---|---|---|
| | | Attempt Rape<br>Fel. Assault D4136 |

CODE: R-Person Reporting Crime
P-Parent or Guardian
W-Witness
(Show Sex-Parent-Age)

| Name | Code | Residence Address | Res. Phone | Bus. Phone |
|---|---|---|---|---|
| | | | ⦸ N.C.I.C: | |
| | | | ⦸ LOCAL | |
| Physical Evidence: (Describe) | | BY C013 | Property Receipt # |
| | | DATE 1-7-89 | |

| Vehicle:<br>Yr. make  body  model  color(s) | Vehicle Identification No. (VIN) | Reg. No. | State/Tr. |
|---|---|---|---|

| Vehicle Towed:<br>☐ Yes ☐ No | Vehicle Towed to: |
|---|---|

**Narrative (Summarize Details of Arrest):**

BOND DATE: 12 Jan 89 1600 hrs.

Defendant W/M/28 Harold Wayne Nichols arrested for Burglary, Attempt Rape, Fel Assault reference to incident which occurred at 3348 Adkins Rd.

| Defendant Blood Alcohol Content: | Reporting Officer | Badge |
|---|---|---|
| | Det Sivly 491  Det. Pedigo 398 | |

# CHATTANOOGA POLICE DEPARTMENT ARREST REPORT

| | | | | Defendant's True Name (Office Use Only) (Last) (First) (Middle) | | COMP. NO. |
|---|---|---|---|---|---|---|
| ☐ Unfounded<br>☐ Not cleared<br>☒ Cleared | No. Pers. Arr.<br>—1— | Extra Copies | District<br>13-15 | NICHOLS, HAROLD WAYNE | | 1101 |

| Sober<br>☒ Yes ☐ No | Resist<br>☐ Yes ☐ No | Armed<br>☐ Yes ☐ No | Defendant's Name (Last) (First) (Middle)<br>Nichols Harold Wayne | Arrest No.<br>89-0199 |
|---|---|---|---|---|

| Weapon (Describe) | Narcotic<br>☐ Yes ☐ No ☒ Unk | Nickname or Alias | CPD No.<br>75136-84 |
|---|---|---|---|

| Where Defendant Employed or School        City | Defendant's Address        City | Place of Birth (State) |
|---|---|---|
| GODFATHERS PIZZA  DAYTON BLVD  CHATA | 918 DONALDSON RD     CHATTA | TN |

| Phone Res.<br>698-6023 | Phone Bus. | Searched by Badge<br>491    C005 | Age<br>28 | Sex<br>M | Race<br>W | Ht<br>510 | Wt<br>150 | Hair<br>red | Eyes<br>blue | City or County (Birth)<br>CHATA |
|---|---|---|---|---|---|---|---|---|---|---|

| Transporting Officer Badge | Arresting Officer Badge<br>491-398 | Formal Charge 05113       Date/Time<br>Burglary   1-6-89  1600 | Date of Birth<br>12-31-60 |
|---|---|---|---|

| Date/Time Booked<br>1-7-89  0157 | Booking Officer Badge<br>C013 | Location of Arrest<br>3300 Amnicola | S.S.N.<br>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 |
|---|---|---|---|

| Def's Money | Supervisor Approving<br>304 | Reviewer | F P Class | Dr. License # |
|---|---|---|---|---|

| City Court Disp.       Date | Additional Charges: 02010<br>Agg. Rape<br>Fel. Assault 04136 |
|---|---|

| CODE: R–Person Reporting Crime<br>P–Parent or Guardian<br>W–Witness<br>(Show Sex-Decent-Age) | | |
|---|---|---|

| Name | Code | Residence Address | | Res. Phone | Bus. Phone |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| Physical Evidence: (Describe) | Property Receipt # |
|---|---|

| Vehicle:<br>Yr. make  body  model  color(s) | Vehicle Identification No. (VIN) | Reg. No. | State/Yr. |
|---|---|---|---|

| Vehicle Towed:<br>☐ Yes ☐ No | Vehicle Towed to: |
|---|---|

**Narrative (Summarize Details of Arrest):**

BOND DATE: 12 Jan 89  1600hrs.

W/M/28 ~ Wayne Nichols arrested for Burglary,
Agg. Rape, Fel. Assault refrence to
incident which occured on 1-3-89 at
approx 0015 hrs. at 221 Timberhill Dr.
#145 NO N.C.I.C:_____
NO LOCAL_____
BY  C013

| Defendant Blood Alcohol Content<br>DATE ___1-7-89___ | Reporting Officer<br>Det. Sivley #491  Det. Pedigo #3.. | Badge |
|---|---|---|

CITY COURT DISP.: ___ $100.00 and 60 days _____ DATE: 6-30-87

   FINAL DISP.: _____ DATE: _____ IND.#:_____

    CPD#: 075136-84-CH    ARREST#: 87-M16104    STATE ID: 289806
    FBI#: 262-955-DA8                FPC#: 17TT020613AA06071014

DATE AND TIME OF ARREST: 06-29-87  23:45    DATE OF OFFENSE: 042787

NAME: NICHOLS                 ALIAS: ALIAS NOT ON FILE
          N-HOLD    WAYNE
ADDR: 005344   OAKDALE       AGE: 018    TN CMM N   DOB: 10-31-40

AGE: 018  HGT: 510 WGT: 152  F.D.S.: CITY: TRAFFA   ST: TN COUNTY: HAMILTON
DLE, NO.: A09-04-0049  OCCUPATION: COOK    EMPLR: GODFATHER'S PIZZA

  RELATIVE: NICHOLS     JOANN        RELATIONSHIP: WIFE
    ADDR: 005344  OAKDALE     ALT: EAST RIDGE TN

CHARGE: 01630120 PROWLING
      01615930 WEAPONS/CARRY
      000
      000

PHOTO TAKEN: 06-30-87    ACCOMPLICE:

SCARS, MARKS, TATTOOS, AMPUTATIONS: _____

---

  <<<<<<<< AGE >>>>>>>>>  <<<<<<< HEIGHT >>>>>>>>  <<<<<<< WEIGHT >>>>>>>>
  5  1951-1960        4  5 FT 10 - 6 FT 3    4  141 LBS - 160 LBS
  <<<<< SEX AND RACE >>>>>  <<<<<< COMPLEXION >>>>>>  <<<<<< BUILD >>>>>>>>
  1  WHITE MALE        1  LIGHT OR FAIR     3  MEDIUM OR AVERAGE
                      7  FRECKLED

  <<<<<< HAIR COLOR >>>>>>  << HAIR (FACIAL/HEAD) >>  <<<<<< TEETH >>>>>>>>
  2  RED             2  WAVY OR CURLY    002 MISSING-SOME
                  6  CREW CUT      003 GOOD
                  9  MUSTACHE
  <<<<<< EYES COLOR >>>>>>  <<<<< EYE DEFECTS >>>>>  <<<<<<< SPEECH >>>>>>>>
  4  BLUE            015 BLIND LEFT     051 NORMAL

  <<< VOICE / PITCH >>>>>  <<<<<< ODDITIES >>>>>>>  <<<< SPEECH ACCENT >>>>>
  031 NORMAL                      100 SOUTHERN

  << TATTOOS/BIRTHMARKS >>  <<<<< DESCRIPTIONS >>>>  <<<<<<<< SCARS >>>>>>>>

_____ : OFFICER

| | No. Pers. Arr. | Extra Copies | District | Defendant's True Name (Office Use Only) (Last) (First) (Middle) | COMP. NO. |
|---|---|---|---|---|---|
| ☐ Unfounded ☐ Not cleared ☐ Cleared | 1 | 0 | B12 | NICHOLS HAROLD WAYNE | 5573 |

| Sober | Resist | Armed | Defendant's Name (Last) (First) (Middle) | Arrest No. |
|---|---|---|---|---|
| ☑ Yes ☐ No | ☐ Yes ☑ No | ☐ Yes ☑ No | Nichols, Harold | 870020 |

| Weapon (Describe) | Narcotic ☐Yes ☐No ☑Unk | Nickname or Alias | CPO No. 7536-8 |
|---|---|---|---|

| Where Defendant Employed or School | City | Defendant's Address | City | Place of Birth (State) |
|---|---|---|---|---|
| GODFATHER'S PIZZA | CHATTA | 5344 OAKDALE AVE | EAST RIDGE | TN |

| Phone Res. | Phone Bus. | Searched by Badge | Age | Sex | Race | Ht | Wt | Hair | Eyes | City or County (Birth |
|---|---|---|---|---|---|---|---|---|---|---|
| 894-3695 | 894-FAST | C004 | 26 | M | W | 510 | 152 | RED | BLU | CHATTA |

| Transporting Officer Badge | Arresting Officer Badge | Formal Charge | Date/Time | Date of Birth |
|---|---|---|---|---|
| 380 | 176  380 | Prowling  30130 | 6-29-87 2345 | 12-31-60 |

| Date/Time Booked | Booking Officer Badge | Location of Arrest | S.S.N. |
|---|---|---|---|
| 6-30-87 0038 | C014 | 3218 Idlewilde Cir | 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 |

| Def's Money | Supervisor Approving | Reviewer | F P Class | Dr. License # |
|---|---|---|---|---|
| | 304 | | | |

| City Court Disp. | Date | Additional Charges: |
|---|---|---|
| | | Carrying Dangerous Weapon 15030 |

CODE: R-Person Reporting Crime
P-Parent or Guardian
W-Witness
(Show Sex-Decent-Age)

| Name | Code | Residence Address | Res. Phone | Bus. Phone |
|---|---|---|---|---|
| | | NO NCIC: | | |
| | | NO LOCAL | | |

| Physical Evidence: (Describe) | BY | Property Receipt # |
|---|---|---|
| | DATE JUN 30 1987 | |

| Vehicle: Yr. make body model color(s) | Vehicle Identification No. (VIN) | Reg. No. | State/Yr |
|---|---|---|---|

| Vehicle Towed: ☐ Yes ☐ No | Vehicle Towed to: |
|---|---|

Narrative (Summarize Details of Arrest):

BOND DATE: 6-30-87 0800

Police received a prowler call at 3218 Idlewild Cir. Upon arrival, complainant advised she saw a w/m in a white T-Shirt lying beside her house. While checked the area and approx 10 min later a w/m was observed coming out of the area about 300 ft below victim house. D/ did not live in the area and could not give police a reason for being there.

| Defendant Blood Alcohol Content: | Reporting Officer | Badge |
|---|---|---|
| | Weller 176  Anderson 380 | |

PHOTO    JUN 30 1987

FINAL DISPO _____

CRO#: 075136-34-DH
FBI#: 062-A55-DAS

TIME OF ARREST: 07-10-31

PAROLE VIOLATION

TATTOOS/BIRTHMARKS

C. Lankford CO12

# CHATTANOOGA POLICE DEPARTMENT INCIDENT REPORT

| 32 UNFOUNDED / NOT CLEARED / CLEARED | 33 NO. PERS. ARR | 34 EXTRA COPIES | 1 BEAT B-12 | 2 VICTIM'S NAME (LAST, FIRST, MIDDLE) OWNER'S NAME | 3 COMPLAINT NO 76101 |
|---|---|---|---|---|---|

| 35 SUSPECTS- NUMBER | SEX | DESCENT | | 3 VICTIM'S ADDRESS CITY | 5 RES. PHONE |
|---|---|---|---|---|---|

| 37 ITEMS RECOVERED BY WHOM (OFFICER OR CITIZEN HOME ADDRESS, PHONE, OR BADGE) | 6 VICTIM'S PLACE OF EMPLOYMENT OR SCHOOL CITY | 6 BUS. PHONE |
|---|---|---|

NO N.C.I.O. ~~SERIAL # 558548~~ #25 So Germantown

NO LOCAL NUMBER

| 38 VEHICLE RECOVERED BY | | 8 OFFENSE OR INCIDENT | 10 CLASSIFICATION |
|---|---|---|---|

| 39 SIGNATURE | DATE SEP 1 0 1986 | 11 DATE/TIME OCCURRED | 12 DATE/TIME REPORTED 10 Sept 86 2045 |
|---|---|---|---|

| 40 DATE/TIME REPRODUCED | 41 REVIEWER | 13 TYPE OF PROPERTY TAKEN- WEAPON- MEANS OF ATTACK YEAR MAKE BODY MODEL COLOR(S) | 14 TOTAL LOSS VALUE $ |
|---|---|---|---|

CODE: V-VICTIM (OTHER THAN IN BLOCK 1 SHOW SEX-DESCENT-AGE)
R-PERSON REPORTING CRIME   W-WITNESS
P-PARENT OR GUARDIAN

| 15 VEHICLE SERIAL NO | 16 REG NO | 17 STATE YEAR |
|---|---|---|

| 42 NAME | CODE | RESIDENCE ADDRESS CITY | RES. PHONE | BUS. PHONE |
|---|---|---|---|---|
| 43 | | | | |
| 44 | | | | |

**ITEM NO.** 45 NARRATIVE SUMMARIZE DETAILS OF INCIDENT. LIST ANY PERTINENT OR VALUABLE ITEMS AS TO MFG, WHAT, WHEN, WHERE, AND WHY

451- Party arrested for parole violation
after being stopped for a minor traffic
offence. (SER # 558548

| 46 ADDITIONAL CHARGES | SUPERVISOR APPROVING | BADGE |
|---|---|---|

| | REPORTING OFFICER Fleming #500 | BADGE |
|---|---|---|

| | 19 DEFENDANT'S TRUE NAME (OFFICE USE ONLY) (LAST) (FIRST) (MIDDLE) NICHOLS HAROLD WAYNE | 19 COMP NO 76101 |
|---|---|---|

| 47 SOBER ☑ YES ☐ NO | 48 RESIST ☐ YES ☑ NO | 49 ARMED ☐ YES ☑ NO | 20 DEFENDANT'S NAME (LAST) (FIRST) (MIDDLE) NICHOLS HAROLD W | 21 ARREST NO 86-01028- |
|---|---|---|---|---|
| 50 WEAPON (DESCRIBE) | | 51 NARCOTIC ☐ YES ☑ NO | 22 NICKNAME OR ALIAS | 23 CPO NO 75136-8. |

| 52 WHERE DEFT EMPLOYED OR SCHOOL NONE | CITY | 24 DEF'S RES ADDRESS CITY 28 S. GERMANTOWN RD, CHATTANOOGA | | 25 PLACE OF BIRTH (STATE) TN |
|---|---|---|---|---|

| 53 PHONE RES UNKNOWN | 54 PHONE BUS | 55 SEARCHED BY BADGE 425 C005 | 26 AGE 25 | SEX M | RACE W | HT 510 | WT 154 | HAIR RED | EYES BLUE | 27 CITY OR COUNTY (BIRTH) CHATTA |
|---|---|---|---|---|---|---|---|---|---|---|

| 56 TRANSPORTING OFFICER BADGE 500 | 57 ARRESTING OFFICER BADGE 270-500 | 28 FORMAL CHARGE SER #558548 Parole Vio 10. SEPT 86 2045 | 29 DATE OF BIRTH 12-31-60 |
|---|---|---|---|

| 58 DATE/TIME BOOKED 09-10-86 2132 | 59 BOOKING OFFICER BADGE C012 | 30 LOCATION OF ARREST #25 So. GERMANTOWN | 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 |
|---|---|---|---|

| 60 DEF'S MONEY | 61 SUPERVISOR APPROVING 304 | 62 REVIEWER | 31 CLASS | OR LIC # |
|---|---|---|---|---|

| 63 CITY COURT DISP | DATE | 35000 | | SEP 1 0 1986 |
|---|---|---|---|---|

CPD # __75136__    FBI # _____    FPC: __14 1 R III 14__
                                                   1 aU III 13

Date and Time of Arrest ___9-3-84 1525___   Date of Offense _____

Name: __Nicholes, Harold Wayne__      Alias: _____

Address __3206 Dodson Ave__   City: __Chatta__   State: __Tn__   DOB: __12-31-60__

Age: __23__   Hgt.: __511__   Wgt.: __146__   P.O.B.: City __Chatta__   County. __Hamilton__   State __Tn__

S. S. No. __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__   Occupation __Driver__   Employer __Kennedy Snowball__

Relative __James Nichols father__   Address __same__

Charge: __2 Cnts Burg. Att. Rape__

City Court Disp.: __1. B.O. $2,500  2. B.O. $2,500  3. B.O. $5,000  9-11-84__

_____ Date _____

Ind. #: _____ Final Disp.: _____ Date _____

Accomplice: _____

Scars, Marks, Tattoos, and Amputations: __None__

Film No.: __75136-84__

| SEX AND RACE | | TEETH | |
|---|---|---|---|
| (1) White male | (4) 5'10" to 6'3" | 001. Missing-All | 035. Very soft |
| 2. White female | 5. 6'4" and over | 002. Missing-Some | 036. Very loud |
| 3. Negro male | 6. | 003. Stained-Decayed | 037. |
| 4. Negro female | 7. | 004. False | 038. |
| 5. Mexican male | 8. | 005. Gold Visible | |
| 6. Mexican female | 9. | 006. Protruding | SCAR |
| 7. Oriental male | 0. | 008. Gold | 061. Face Rt. |
| 8. Oriental female | WEIGHT (146) | 009. | 062. Face Lt. |
| 9. Female impersonator | 1. Under 100 lbs. | 010. | 063. Neck Rt. |
| 0. Transexual | 2. 100-125 | | 064. Neck Lt. |
| | 3. 126-140 | SPEECH ACCENT | 065. Arm Rt. |
| AGE 23 | (5) 141-160 | (100) Southern | 066. Arm Lt. |
| 1. Before 1920 | 6. 161-180 | 200. Northern | 067. Hand Rt. |
| 2. 1920-1930 | 7. 181-200 | 300. Foreign | 068. Hand Lt. |
| 3. 1931-1940 | 7. 201-275 | | 069. Amputation |
| 4. 1941-1950 | 8. Over 275 | SPEECH | 070. Forehead or Head |
| (5) 1951-1960 | 0. | (051) Normal | |
| 6. 1961-1970 | | 052. Profane, vulgar | TATTOOS/BIRTHMARKS |
| 7. 1971-1980 | BUILD | 053. Educated | 071. Face Rt. |
| 8. 1981-1990 | 1. Small, petite | 054. Illiterate | 072. Face Lt. |
| 9. 1991-2000 | 2. Slender | 055. Rapid | 073. Chest |
| 0. | (3) Medium or average | 056. Slow | 074. Arm Rt. |
| | 4. Heavy, fat | 057. | 075. Arm Lt. |
| COMPLEXION | 5. Very muscular | 058. | 076. Hand Rt. |
| (1) Light or fair | 6. | | 077. Hand Lt. |
| 2. Medium or normal | 7. | ODDITIES | 078. Fingers Rt. |
| 3. Dark or swarthy | 8. | 041. Stutters | 079. Fingers Lt. |
| 4. Ruddy or florid | 9. | 042. Lisps | 080. Forehead |
| 5. Pimpled | 0. | 043. Effeminate | |
| (6) Acne scarred | | 044. Nasal | DESCRIPTIONS |
| 7. Freckled | HAIR COLOR | 045. Mumbles | 081. Brown/mole |
| 8. | 1. Blonde | 046. Impediment | 082. Birthmark |
| 9. | (2) Red | 047. | 083. Words (love, hate, etc.) |
| 0. | 3. Brown | 048. | 084. Proper names |
| | 4. Black | | 085. Animals or fowls |
| HEIGHT 5'10 | 5. Grey | VOICE PITCH | 086. Figures (nude, cupies) |
| 1. Under 5' | 6. Salt and Pepper | (031) Normal | 087. Military insignias |
| 2. 5' to 5'4" | 7. | 032. Low Pitch | 088. Other designs |
| 3. 5'5" to 5'9" | | 033. High Pitch | 089. Initials |
| | | 034. Gruff/Hoarse | 090. |

(Center columns:)

| | |
|---|---|
| 8. | HAIR (FACIAL/HEAD) |
| 9. | 1. Straight |
| 0. | (2) Wavy or Curly |
| | 3. Bushy or Processed |
| | 4. Long |
| | 5. Crew Cut |
| | 6. Medium |
| | 7. Partially Bald |
| | 8. Bald |
| | (9) Mustache |
| | (0) Beard |
| | |
| | EYES/COLOR |
| | 1. Black |
| | 2. Brown |
| | 3. Green |
| | (4) Blue |
| | 5. Hazel |
| | 6. Grey |
| | 7. Other |
| | 8. Separate |
| | 9. Maroon |
| | 0. |
| | |
| | EYE DEFECTS |
| | (011) None |
| | 012. Glasses |
| | 013. Crossed |
| | 014. Blind right |
| | 015. Blind left |
| | 016. Cast right |
| | 017. Cast left |
| | 018. Glass Eye |
| | 019. Missing Eye |
| | 020. |

Officer __McCauley__

| UNI COMP (S) CLEARED | NO PERS ARR: **1** | EXTRA COPIES **B·6** | VICTIM'S NAME (LAST, FIRST, MIDDLE) OWNER | COMPLAINT NO **73512** |
| SUSPECTS NUMBER | SEA | DESCENT | VICTIM'S ADDRESS     CITY | RES PHONE |

TIME RECEIVED ...
ONE ADDRESS ABOVE OR LOCAL OR CITIZEN

**LOCAL 87**
BY

VEHICLE TOWED TO GARAGE BY

DATE   SEP 4   1984

SIGNATURE

| VICTIM'S PLACE OF EMPLOYMENT OR SCHOOL   CITY | BUS PHONE |
| VICTIM'S SEA·DESCENT·AGE | LOCATION OF INCIDENT (ADDRESS) **1815 Union Ave** |
| OFFENSE OR INCIDENT | CLASSIFICATION |
| DATE/TIME OCCURRED | DATE/TIME REPORTED **4 Sep 84   1020 hrs** |

| DATE·TIME REPRODUCED | REVIEWER | TYPE OF PROPERTY TAKEN—WEAPON—MEANS OF ATTACK  YEAR  MAKE  BODY  MODEL  COLOR(S) | TOTAL LOSS VALUE $ |

C. V VICTIM (OTHER THAN IN BLOCK SHOW SEA·DESCENT·AGE)
R·PERSON REPORTING CRIME   W·WITNESS
P·PARENT OR GUARDIAN

| NAME | CODE | RESIDENCE ADDRESS   CITY | RES PHONE | BUS PHONE |
| --- | --- | --- | --- | --- |
| **Set Bond** | | **11 Sep 84   0900 hrs** | | |

NARRATIVE SUMMARIZE DETAILS OF INCIDENT. LIST ANY PERTINENT OR VALUABLE ITEMS AS TO WHO, WHAT, WHEN, WHERE, AND WHY.

**Party arrested for Burglary after being identified by a victim when she saw him coming out of a window of her residence.**

ADDITIONAL CHARGES

| | |
| --- | --- |

SUPERVISOR APPROVING                    BADGE

REPORTING OFFICER   **H. Reedy 287  F. McKeel 8015   Det McGee 091**

DEFENDANT'S TRUE NAME (OFFICE USE ONLY) (LAST) (FIRST) (MIDDLE)
**Nichols,   Harold   Wayne**

| COMP NO **73512** |

DEFENDANT'S NAME (LAST) (FIRST) (MIDDLE)
**Nichols,   Harold   W.**

NICKNAME OR ALIAS

| ARREST NO **84-09322** |
| CPD NO **75136-8** |

| INJ N □YES □NO | RESIST □YES ☒NO | ARMED □YES ☒NO |
| WEAPON (DESCRIBE) | | NARCOTIC □YES ☒NO |

| DEF'S RES ADDRESS **3206 Dodson Ave.** | CITY **Chatta.** | PLACE OF BIRTH (STATE) **TN** |

WHERE DEFT EMPLOYED OR SCHOOL
**Kennedys Snowball**   CITY **Chatta.**

| AGE **23** | SEA **M** | RACE **W** | HT **510** | WT **146** | HAIR **Red** | EYES **Blu** | CITY OR COUNTY (BIRTH) **Chatta.** |

| HOME RES **629-6839** | PHONE BUS **Unk.** | SEARCHED BY BADGE **287   448** |

FORMAL CHARGE   DATE·TIME
**Burglary   4 Sep 84   1030 hrs**

| DATE OF BIRTH **12-31-60** |

ARRESTING OFFICER BADGE
**287  8015  091**

LOCATION OF ARREST STREET NUMBER **1815**   STREET NAME **Union Ave**

| SSN **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** |

| TRANSPORTING OFFICER BADGE **287** | DATE TIME BOOKED **8-9-4-84   1520** | BOOKING OFFICER BADGE **474** |

F.P. CLASS   STREET DIR.   STREET TYPE.

| DR LIC # **75136·84·** |

| DEF'S MONEY | SUPERVISOR APPROVING **187** | REVIEWER |

CITY COURT DISP   DATE

| | | | | |
|---|---|---|---|---|
| 1 | | 19-3 | | 71??? |

N.C.I.C.

8.3

SEP 4 1984

848 OAK ST

| DATE/TIME OCCURED | DATE/TIME REPORTED |
|---|---|
| 30 Aug. 1984 1030 | 30 Aug. 84 1040 |

**49 NARRATIVE SUMMARIZE DETAILS OF INCIDENT. LIST ANY PERTINENT OR VALUABLE ITEMS AS TO WHO, WHAT, WHEN, WHERE, AND WHY.**

Harold W. Nichols was arrested for the Burglary at 848 Oak st. on 30 Aug. 1984 1030 am. Plus a Attempt Rape at the same address.

Set Bond Sept 11th 1984 0700

Tempt Rape

Comp # 71977

Supervisor Approving   Det. Terry Slaughter

Reporting Officer  Billi Austin   McGee   091   T. Slaughter

| | | | |
|---|---|---|---|
| **Defendant's True Name** Nichols, Harold Wayne | | | 71977 |
| **Defendant's Name** Nichols, Harold W | | | 84-09323 |
| Nickname or Alias | | | 75136-8 |

| Def's Res Address | City | | Place of Birth |
|---|---|---|---|
| 3206 Dodson Ave. | Chatta. | | TN |

| Age | Sex | Race | Ht | Wt | Hair | Eyes | City of Birth |
|---|---|---|---|---|---|---|---|
| 23 | M | W | 510 | 146 | Red | Blu | Chatta. |

| Formal Charge | Date-Time | | Date of Birth |
|---|---|---|---|
| Burglary | 9-4-84   1200 | | 12-31-60 |

| | | |
|---|---|---|
| Name Deft Employed or School | City | |
| Kennedys Snowball | Chatta. | |
| Res Phone | Phone Bus | Searched By Badge |
| 629-6839 | Unk. | 448 |
| Arresting Officer Badge | | |
| 287 | 091 - 141 - 287 | |
| E/Time Booked | | Booking Officer Badge |
| 9-4-84   1525 | | 574 |
| Money | Supervisor Approving | Reviewer |
| | 187 | |

| | | |
|---|---|---|
| Street Number | Street Name | |
| 3300 | Nichols | |
| FP Class | Street Dir | Street Type   Hwy |
| | | |

OR Lic #

75136-84

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

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

SO Number C24027

REF._____

FBI # 

FPC _____

| | |
|---|---|
| Name Nichols, Harold. W. | Address 918 Donaldson Rd. |
| Alias none | East Ridge |
| Age 28  Date of Birth 12-31-60 | Place of Birth TN |
| Sex Male  Race Wht | Height 510  Weight 150 |
| Hair Red  Eyes Blue | Complexion Ruddy |
| Occupation Labor | Employed by Pod Father's Pizza |
| Scars and Marks tatoo B Arms | Relatives none |
| Habits UNK | |
| Crime Fel Aslt W Int to Murder | Officers Vandergrff 1062 |
| Date of Arrest 2-2-89 | Accomplices none |
| Complainant Vandergrff | Address HCSD |
| Details of Crime 1967 | |

| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 175434 |
|---|---|---|
| Disposition | Indicted | Date |
| | Docket Number | |
| | Disposition | |
| | | |
| Date of Disposition | Date of Disposition | |

| | |
|---|---|
| Crime Fel Aslt W Int to Murder | Officers Vandergrff |
| Complainant Vandergrff | Address HCSD |
| Details of Crime 1967 | |

| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 175430 |
|---|---|---|
| Dispositions | Indicted | Date |
| | Docket Number | |
| | Disposition | |
| | | |
| | | |
| Date of Disposition | Date of Disposition | |