| | |
|---|---|
| Crime AGG. Rape | Officers Vanderguff 1062 |
| Complainant Vanderguff 1062 | Address HCSD |
| Details of Crime Comp 1967 | |

| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 175423 |
|---|---|---|
| Dispositions | Indicted | Date |
| | Docket Number | |
| | Disposition | |
| | | |
| | | |
| Date of Disposition | Date of Disposition | |

| | |
|---|---|
| Crime Agg Rape | Officers Vanderguff 1062 |
| Complainant Vanderguff 1062 | Address HCSD |
| Details of Crime Comp 1967 | |

| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 175431 |
|---|---|---|
| Dispositions | Indicted | Date |
| | Docket Number | |
| | Disposition | |
| | | |
| | | |
| Date of Disposition | Date of Disposition | |

| | |
|---|---|
| Crime Agg Rape | Officers Vanderguff |
| Complainant Vanderguff 1062 | Address HCSD |
| Details of Crime Comp # 1967 | |

| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 175423 |
|---|---|---|
| Dispositions | Indicted | Date |
| | Docket Number | |
| | Disposition | |
| | | |
| | | |
| Date of Disposition | Date of Disposition | |

| Crime | agg Rape | Officers | Vanderguff 1062 |
|---|---|---|---|
| Complainant | Vanderguff 1062 | Address | H C S D |
| Details of Crime | Comp# 1967 | | |

| SESSIONS COURT | | DISPOSITIONS | | CRIMINAL COURT 175438 |
|---|---|---|---|---|
| Dispositions | | Indicted | | Date |
| | | Docket Number | | |
| | | Disposition | | |
| | | | | |
| | | | | |
| Date of Disposition | | Date of Disposition | | |

| Crime | agg Rape | Officers | Vanderguff 1062 |
|---|---|---|---|
| Complainant | Vanderguff 1062 | Address | H C S D |
| Details of Crime | Comp# 1967 | | |

| SESSIONS COURT | | DISPOSITIONS | | CRIMINAL COURT 175440 |
|---|---|---|---|---|
| Dispositions | | Indicted | | Date |
| | | Docket Number | | |
| | | Disposition | | |
| | | | | |
| | | | | |
| Date of Disposition | | Date of Disposition | | |

| Crime | agg assault | Officers | Vanderguff 1062 |
|---|---|---|---|
| Complainant | Vanderguff | Address | HCSD |
| Details of Crime | Comp 1967 | | |

| SESSIONS COURT | | DISPOSITIONS | | CRIMINAL COURT 175441 |
|---|---|---|---|---|
| Dispositions | | Indicted | | Date |
| | | Docket Number | | |
| | | Disposition | | |
| | | | | |
| | | | | |
| Date of Disposition | | Date of Disposition | | |

| Crime | Pett Larc | Officers | Vandergiff 1062 |
| --- | --- | --- | --- |
| Complainant | Vandergiff 1062 | Address | HCSD |
| Details of Crime | Comp# 1967 | | |

| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 175427 | |
| --- | --- | --- | --- |
| Dispositions | | Indicted | Date |
| | | Docket Number | |
| | | Disposition | |
| | | | |
| | | | |
| Date of Disposition | | Date of Disposition | |

| Crime | First Degree Burg | Officers | Vandergiff 1062 |
| --- | --- | --- | --- |
| Complainant | Vandergiff 1062 | Address | HCSD |
| Details of Crime | Comp# 1967 | | |

| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 175426 | |
| --- | --- | --- | --- |
| Dispositions | | Indicted | Date |
| | | Docket Number | |
| | | Disposition | |
| | | | |
| | | | |
| Date of Disposition | | Date of Disposition | |

| Crime | First Degree Burg | Officers | Vandergiff 1062 |
| --- | --- | --- | --- |
| Complainant | Vandergiff 1062 | Address | HCSD |
| Details of Crime | Comp# 1967 | | |

| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 175425 | |
| --- | --- | --- | --- |
| Dispositions | | Indicted | Date |
| | | Docket Number | |
| | | Disposition | |
| | | | |
| | | | |
| Date of Disposition | | Date of Disposition | |

| Crime | agg assault | Officers | Vandergriff 1062 |
|---|---|---|---|
| Complainant | Vandergriff 1062 | Address | HCSD |
| Details of Crime | Comp# 1967 | | |

| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 175424 |
|---|---|---|

| Dispositions | | Indicted | Date |
|---|---|---|---|
| | | Docket Number | |
| | | Disposition | |
| | | | |
| | | | |
| Date of Disposition | | Date of Disposition | |

| Crime | Fel assa w/I To commit First Degree Murder causing personal Injury | Officers | Vandergriff 1062 |
|---|---|---|---|
| Complainant | Vandergriff 1062 | Address | HCSD |
| Details of Crime | Comp# 1967 | | |

| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 175435 |
|---|---|---|

| Dispositions | | Indicted | Date |
|---|---|---|---|
| | | Docket Number — | |
| | | Disposition | |
| | | | |
| | | | |
| Date of Disposition | | Date of Disposition | |

| Crime | GL | Officers | Vandergriff 1062 |
|---|---|---|---|
| Complainant | Vandergriff 1062 | Address | HCSD |
| Details of Crime | Comp# 1967 | | |

| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 175442 |
|---|---|---|

| Dispositions | | Indicted | Date |
|---|---|---|---|
| | | Docket Number | |
| | | Disposition | |
| | | | |
| | | | |
| Date of Disposition | | Date of Disposition | |

| | | |
|---|---|---|
| Crime Petit Larc | Officers Vandergriff 1062 | |
| Complainant Vandergriff 1062 | Address HCSD | |
| Details of Crime Comp# 1967 | | |
| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 175439 |
| Dispositions | Indicted | Date |
| | Docket Number | |
| | Disposition | |
| | | |
| | | |
| Date of Disposition | Date of Disposition | |

| | | |
|---|---|---|
| Crime Petit Larc | Officers Vandergriff 1062 | |
| Complainant Vandergriff 1062 | Address HCSD | |
| Details of Crime Comp# 1967 | | |
| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 175437 |
| Dispositions | Indicted | Date |
| | Docket Number — | |
| | Disposition | |
| | | |
| | | |
| Date of Disposition | Date of Disposition | |

| | | |
|---|---|---|
| Crime Petit Larc | Officers Vandergriff 1062 | |
| Complainant Vandergriff 1062 | Address HCSD | |
| Details of Crime Comp# 1967 | | |
| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 175429 |
| Dispositions | Indicted | Date |
| | Docket Number | |
| | Disposition | |
| | | |
| | | |
| Date of Disposition | Date of Disposition | |

| Crime Attempt Burglary | Officers Vandergriff - 1062 |
|---|---|
| Complainant Vandergriff 1062 | Address HCSP |
| Details of Crime Comp # 1967 | |

| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 175432 |
|---|---|---|
| Dispositions | Indicted | Date |
| | Docket Number | |
| | Disposition | |
| | | |
| | | |
| Date of Disposition | Date of Disposition | |

| Crime First Degree Burg | Officers Vandergriff 1062 |
|---|---|
| Complainant Vandergriff 1062 | Address HCSO |
| Details of Crime Comp 1967 | |

| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 175436 |
|---|---|---|
| Dispositions | Indicted | Date |
| | Docket Number | |
| | Disposition | |
| | | |
| | | |
| Date of Disposition | Date of Disposition | |

| Crime Attempt Burglary | Officers Vandergriff 1062 |
|---|---|
| Complainant Vandergriff 1062 | Address HCSO |
| Details of Crime Comp # 1967 | |

| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 175428 |
|---|---|---|
| Dispositions | Indicted | Date |
| | Docket Number | |
| | Disposition | |
| | | |
| | | |
| Date of Disposition | Date of Disposition | |

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

SO Number 02402789 HS

REF. _____

FBI # _____

FPC _____

| | |
|---|---|
| Name Nichols, Harold Wayne | Address 918 Donaldson Rd |
| Alias None | East Ridge |
| Age 28  Date of Birth 12-31-60 | Place of Birth TN |
| Sex m  Race W | Height 510  Weight 150 |
| Hair Red  Eyes Blue | Complexion med |
| Occupation None | Employed by None |
| Scars and Marks None | Relatives JoAnn  Wife |
| Habits None | |
| Crime Agg Rape | Officers Wilkey |
| Date of Arrest 9-21-89 | Accomplices none |
| Complainant Wilkey | Address HCSD |
| Details of Crime Compt# 18303 | |

| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT 178087 |
|---|---|---|
| Disposition | Indicted | Date |
| | Docket Number | |
| | Disposition | |
| | | |
| Date of Disposition | Date of Disposition | |
| Crime | Officers | |
| Complainant | Address | |
| Details of Crime | | |

| SESSIONS COURT | DISPOSITIONS | CRIMINAL COURT |
|---|---|---|
| Dispositions | Indicted | Date |
| | Docket Number | |
| | Disposition | |
| | | |
| | | |
| Date of Disposition | Date of Disposition | |



SO Number

024027-89HS

REF. _____

FPC _____

FBI #

| | |
|---|---|
| Name  NICHOLS, HAROLD   WAYNE | Address  918 DONALDSON RD |
| Alias      NONE | EAST RIDGE      TN |
| Age    28        Date of Birth  12-31-60 | Place of Birth      TN |
| Sex  MALE      Race  WHITE | Height    510        Weight   150 |
| Hair  RED          Eyes  BLUE | Complexion  MED |
| Occupation  NONE | Employed by      NONE |
| Scars and Marks      NONE | Relatives  NICHOLS, JOANN      [WIFE] |
| | SAME |

Habits  UNKNOWN

| | |
|---|---|
| Crime  RAPE--RESULTING IN PREGANCY | Officers  FARMER  1512 |
| Date of Arrest  4-20-89 | Accomplices    -0- |
| Complainant    FARMER  1512 | Address    601 WALNUT ST |

Details of Crime  6991

| SESSIONS COURT | DISPOSITIONS    176493    CRIMINAL COURT | |
|---|---|---|
| Disposition | Indicted | Date |
| | Docket Number | |
| | Disposition | |
| | | |
| Date of Disposition | Date of Disposition | |
| Crime | Officers | |
| Complainant | Address | |
| Details of Crime | | |

| SESSIONS COURT | DISPOSITIONS    CRIMINAL COURT | |
|---|---|---|
| Dispositions | Indicted | Date |
| | Docket Number | |
| | Disposition | |
| | | |
| Date of Disposition | Date of Disposition | |

TN0330000                                    PCN 892910442005

TN0330000
SHERIFF'S OFFICE
HAMILTON COUNTY
601 WALNUT ST
CHATTANOOGA, TN 37402-1913

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
IDENTIFICATION DIVISION
WASHINGTON, D.C. 20537

TN0330000                                    PCN 892910442005

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

- FBI IDENTIFICATION RECORD - FBI NO-262955DA8

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.


NAME                          FBI NO.       DATE REQUESTED
NICHOLS,HAROLD WAYNE          262955DA8     11/02/89

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    W     12/31/60    511     146     BLU   RED   TENNESSEE

FINGERPRINT CLASS
17 TT 03 05 13
AA 06 07 10 14

1-ARRESTED OR RECEIVED 09/04/84   SID-TN389806
    AGENCY-POLICE DEPARTMENT CHATTANOOGA (TN0330100)
        AGENCY CASE-75136
        CHARGE 1-2 CTS BURGLARY
        CHARGE 2-ATTEMPT RAPE

2-ARRESTED OR RECEIVED 12/18/84   SID-TN389806
    AGENCY-BRUSHY MT ST PEN PETROS (TN065015C)
        AGENCY CASE-105653
        CHARGE 1-BURG III
        CHARGE 2-BURG II
        CHARGE 3-ASLT W/INT CMT RAPE

    COURT-
                DISPOSITION-
        CHARGE-BURG III
        SENTENCE-
        X
                DISPOSITION-
        CHARGE-BURG II
        SENTENCE-
        X
                DISPOSITION-
        CHARGE-ASLT W/INT CMT RAPE
        SENTENCE-
        CNTS FOR DISPO&SENT UNK5 YRS

3-ARRESTED OR RECEIVED 06/29/87   SID-TN389806

PCN 892910442005

TN0330000
PART 2

- FBI IDENTIFICATION RECORD - FBI NO-262955DA8

AGENCY-POLICE DEPARTMENT CHATTANOOGA (TN0330100)
   AGENCY CASE-75136-84
   CHARGE 1-CARRYING DANGEROUS WEAPON

COURT-
   06/30/87 DISPOSITION-
   CHARGE-CARRYING DANGEROUS WEAPON
   SENTENCE-
   $100 AND 60 DAYS WORK HOUSE

4-ARRESTED OR RECEIVED 01/06/89    SID-TN389806
   AGENCY-POLICE DEPARTMENT CHATTANOOGA (TN0330100)
      AGENCY CASE-75316-84
      CHARGE 1-3 AGG RAPE
      CHARGE 2-2 BURG
      CHARGE 3-2 FEL A MURDER

5-ARRESTED OR RECEIVED 01/06/89
   AGENCY-RED BANK PD RED BANK (TN0330800)

      CHARGE 1-AGGRAVATED RAPE
      CHARGE 2-ASSAULT/INTENT TO COMMIT RAPE
      CHARGE 3-BURGLARY-2 COUNTS

6-ARRESTED OR RECEIVED 02/02/89
   AGENCY-SHERIFF'S OFFICE CHATTANOOGA (TN0330000)
      AGENCY CASE-02402789HS NAME USED-NICHOLS,HAROLD W
      CHARGE 1-FEL ASSAULT WITH INTENT TO MURDER-2-COUNTS
      CHARGE 2-AGGRAVATED RAPE-6-COUNTS
      CHARGE 3-AGGRAVATED ASSAULT-2-COUNTS
      CHARGE 4-GRAND LARCENY
      CHARGE 5-PETIT LARCENY
      CHARGE 6-1ST DEG BURGLARY-3-CTS
      CHARGE 7-ATTEMPT BURGLARY 2 CTS

7-ARRESTED OR RECEIVED 04/20/89
   AGENCY-SHERIFF'S OFFICE CHATTANOOGA (TN0330000)
      AGENCY CASE-02402789HS
      CHARGE 1-RAPE RESULTING IN PREGNANCY

8-ARRESTED OR RECEIVED 09/21/89
   AGENCY-SHERIFF'S OFFICE CHATTANOOGA (TN0330000)
      AGENCY CASE-02402789HS

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
IDENTIFICATION DIVISION
WASHINGTON, D.C. 20537

TN0330000
PART 3

PCN 892910442005

— FBI IDENTIFICATION RECORD - FBI NO-262955DA8

CHARGE 1-AGGRAVATED ARAPE

RECORD UPDATED 11/02/89

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR



5

IN THE CRIMINAL COURT OF TENNESSEE AT CHATTANOOGA

THE ELEVENTH JUDICIAL DISTRICT

STATE OF TENNESSEE,   )  Cases No. 175504
     Appellee,  )      175425
          )      175423
          )
          )
VS.         )
          )
          )
HAROLD WAYNE NICHOLS,   )
     Appellant.  )

## TRANSCRIPT OF THE EVIDENCE

Volume Two of Five Volumes

THE HONORABLE DOUGLAS A. MEYER, PRESIDING JUDGE

## APPEARANCES

FOR THE APPELLEE:

   Mr. Stephen Bevil
   Assistant District Attorney General
   Hamilton County Justice Building
   Chattanooga, TN  37402

FOR THE APPELLANT:

   Mr. Hugh J. Moore,Jr.
   Ms. Rosemarie Bryan
   Attorneys-at-Law
   1100 American National Bank Building
   Chattanooga, TN  37402

1  Hamilton County Criminal Court Clerk?

2  A       I am his administrative assistant.

3  Q       Okay.  And how long have you been employed in the

4  Hamilton County Criminal Court Clerk's Office?

5  A       Better than twenty years.

6  Q       What is the function of the Hamilton County

7  Criminal Court Clerk?

8  A       To maintain records for the Courts.

9  Q       All right.  And do you keep all the records for

10 the three divisions of Criminal Court in Hamilton County?

11 A       We do.

12 Q       And do those records show the disposition of

13 cases that occur in those Criminal Courts of Hamilton

14 County?

15 A       Yes, sir, they do.

16 Q       All right.  Are those the official records for

17 Hamilton County, as far as criminal cases?

18 A       They are.

19 Q       Sir, do you have in your possession at our

20 request the records pertaining to 175495, case No. 175495?

21 A       Yes, sir, I do.

22 Q       Okay.  Do you have the indictment in that parti-

23 cular case, sir?

24 A       Yes, sir, I do.

25 Q       Okay.  What does the indictment charge in that

Rohen - Direct                              Page 289

1  case?

2  A        Aggravated rape.

3  Q        Okay. And what does the body of the indictment

4  say, sir, if you would read it?

5  A        Case No. is 175495. "State of Tennessee, Hamil-

6  ton County, Criminal Court. The grand jurors for the State

7  aforesaid, being duly summoned, elected, impaneled, sworn

8  and charged to inquire for the body of the county afore-

9  said, upon their oaths present:

10  "That Harold Wayne Nichols heretofore on the 27th

11  day of December, 1988, in the county aforesaid, did unlaw-

12  fully and feloniously engage in sexual penetration with

13  Tami Roszell, by the use of force or coercion, while, he,

14  the defendant was armed with a weapon, to-wit: a cord,

15  thereby causing personal injury to Tami Roszell, against

16  the peace and dignity of the State." And it's signed by

17  District Attorney General Gary Gerbitz.

18  Q        Will you make that an exhibit to your testimony,

19  sir?

20  A        Yes, sir.

21          THE COURT: All right, let that be marked.

22          (Exhibit 71 marked and filed.)

23  Q        Now, Mr. Rohen, do you also have the official

24  court minutes pertaining to the disposition of this case?

25  A        I do, sir.

1    Q        Okay.   And would you read those at this time?

2    A        "September 13th, 1989, in the First Division of

3    Criminal Court, Case No. 175495, State vs. Harold Wayne

4    Nichols, charge aggravated rape.   Again came the attorney

5    general and the defendant in person with his attorneys, Mr.

6    Hugh Moore and Mrs. Rosemarie Beverly, and the same

7    selected jury, to-wit:   Paul W. Stevens, Linda C. Ramsey,

8    Roger D. Davis, Herschel E. Henry, James H. Clark, Gregory

9    M. Hudson, Jonathan C. Steele, Richard Williams, Donald T.

10   Hickman, Jannie Lee Kyle, Ronald N. Debord, Doris Clark,

11   Helen B. Cox, and James D. Nash, after having been respited

12   on last evening under authority of Tennessee Code Anno-

13   tated, Section 40-18-116, and the trial resumed on the

14   defendant's plea of not guilty in case number 175431, and

15   guilty in case numbers 175495 and 175497, and the jury was

16   qualified, elected and sworn.

17        "Upon the defendant's plea of guilty to Aggravated

18   Rape in case number 175495, it is the judgment of the Court

19   that the defendant is guilty of Aggravated Rape in case

20   number 175495, and the cases be continued to a later date

21   for sentencing."

22   Q        Will you make that an exhibit to your testimony,

23   please?

24   A        I will.

25        THE COURT:   All right, let it be marked.


Rohen - Direct                              Page 291

1               (Exhibit 72 marked and filed.)

2 Q        Mr. Rohen, do you likewise, sir, have the indict-

3 ment pertaining to case No. 175433?

4 A        I do, sir.

5 Q        And what is that charge?

6 A        Aggravated rape.

7 Q        And what does that indictment---how does that

8 indictment read, sir?

9 A        "State of Tennessee, Hamilton County Criminal

10 Court. The grand jurors for the State aforesaid, being

11 duly summoned, elected, impaneled, sworn and charged to

12 inquire for the body of the county aforesaid, upon their

13 oaths present:

14           "That Harold Wayne Nichols heretofore on the 3rd

15 day of January, 1989, in the county aforesaid, did unlaw-

16 fully and feloniously engage in sexual penetration, to-wit:

17 anal intercourse with Susan Tate, by the use of force or

18 coercion, while he, the defendant was armed with a weapon,

19 to-wit: a pistol, thereby causing personal injury to Susan

20 Tate, against the peace and dignity of the State." And the

21 indictment is signed by Gary Gerbitz, District Attorney

22 General.

23 Q        Will you make that an exhibit to your testimony,

24 sir?

25 A        I will, sir.

Rohen - Direct                       Page 292

1      THE COURT:  Let it be marked.

2             (Exhibit 73 marked and filed.)

3   Q         Do you have the judgment entry of the minutes of

4   the Court in that case?

5   A         I do, sir.

6   Q         And what do the minutes of the Court reflect as

7   to a disposition in case 175433?

8   A         "On October 24th, 1989, in the First Division of

9   Criminal Court, Case No. 175433, State vs. Harold Wayne

10  Nichols, Charge aggravated rape.  Came the attorney general

11  and the defendant in person with his attorney, Hugh Moore

12  and Rosemarie Beverly, and this case came on for hearing

13  before the Court without a jury on the defendant's plea of

14  guilty, the defendant having waived his right to a trial by

15  jury under the provisions of Rule 23, Tennessee Rules of

16  Criminal Procedure.

17             "Upon the defendant's plea and upon proof heard,

18  it is adjudged by the Court that the defendant is guilty of

19  aggravated rape, that the defendant is a Range II Aggrava-

20  ted Offender and the district attorney general recommends

21  Court to set punishment."

22  Q         Will you make that an exhibit to your testimony,

23  sir?

24  A         I will, sir.

25             THE COURT:  Let that be marked.


Rohen - Direct                              Page 293

1    (Exhibit 74 marked and filed.)

2    Q        Mr. Rohen, do you have the indictment in case No.

3    175438?

4    A        Yes, sir, I do.

5    Q        What is that charge?

6    A        Aggravated rape.

7    Q        And how does that indictment read, sir?

8    A        "State of Tennessee, Hamilton County Criminal

9    Court.  The grand jurors for the State aforesaid, being

10   duly summoned, elected, impaneled, sworn and charged to

11   inquire for the body of the county aforesaid, upon their

12   oaths present:

13           "That Harold Wayne Nichols heretofore on the 3rd

14   day of January, 1989, in the county aforesaid, did unlaw-

15   fully and feloniously engage in sexual penetration, to-wit:

16   Fellatio with Patricia Ann Roach, thereby causing personal

17   injury to Patricia Ann Roach, against the peace and dignity

18   of the State."  And it's signed by District Attorney

19   General Gary Gerbitz.

20   Q        Will you make that an exhibit to your testimony?

21   A        Yes, sir.

22           THE COURT:  All right, let it be marked.

23           (Exhibit 75 marked and filed.)

24   Q        Do you have the indictment in case No. 178087?

25   A        Yes, sir, I do.

Rohen - Direct                              Page 294

Q        And what is the charge in that indictment?

A        Aggravated rape.

Q        How does that indictment read, Mr. Rohen?

A        "State of Tennessee, Hamilton County Criminal Court.  The grand jurors for the State aforesaid, being duly summoned, elected, impaneled, sworn and charged to inquire for the body of the county aforesaid, upon their oaths present:

"That Harold Wayne Nichols heretofore on January the 3rd, 1989, in the county aforesaid, did unlawfully and feloniously engage in sexual penetration, to-wit: vaginal intercourse with Patricia Ann Roach, thereby causing personal injury to Patricia Ann Roach, against the peace and dignity of the State."  And the indictment is signed by Gary Gerbitz, District Attorney General.

Q        Will you make that an exhibit to your testimony, sir?

A        I will, sir.

THE COURT:  All right, let it be marked.

(Exhibit 76 marked and filed.)

Q        Do you have the minute entry as to cases 175438 and 178087, Mr. Rohen?

A        I do, sir.

Q        And will you read that minute entry?

A        "Case No. 175438, State vs. Harold Wayne Nichols,

Rohen - Direct                    Page 295

charge aggravated rape. Case No. 178087, State vs. Harold Wayne Nichols, charge aggravated rape.

"Again came the attorney general and the defendant in person with his attorneys, Mr. Hugh Moore and Mrs. Rosemarie Bryan, and the same sworn jury, to-wit: Smith R. Baker, Johnny Dale Burks, Ricky J. Hereford, James R. Hastings, Henry Hammon, Coy Jarrell, Clyde C. Locke, John M. Lester, Roy Lorance, Bobby S. Moreland, Denise Marie Newton, Bobby Roper, Edwin Stefan, Jr, and Willie Young, after having been respited on last evening under authority of Tennessee Code Annotated, Section 40-18-116, and the trial of the case resumed.

"After hearing arguments of counsel and the charge of the Court, the Court selected as two alternate jurors Edwin Stefan, Jr. and John M. Lester and the Court excused the two alternate jurors, and the jury retired to begin their deliberations, and in due time reported that they had arrived at a verdict. Thereupon, said jury was brought into court, and on their oaths say that the defendant in case number 175438 is guilty of aggravated rape, and in case number 178087 guilty of aggravated rape."

Q        Will you make that an exhibit to your testimony?

A        I will, sir.

          THE COURT: All right, let it be marked.

          (Exhibit 77 marked and filed.)

Rohen - Direct                              Page 296

1  Q        Mr. Rohen, do you have the indictment in case No.
2  180537?

3  A        Yes, sir, I do.

4  Q        And what is that charge?

5  A        Aggravated rape.

6  Q        How does that indictment read, sir?

7  A        "State of Tennessee, Hamilton County Criminal

8  Court.  The grand jurors for the State aforesaid, being

9  duly summoned, elected, impaneled, sworn and charged to

10  inquire for the body of the county aforesaid, upon their

11  oaths present:

12         "That Harold Wayne Nichols heretofore on or be-

13  fore December 21st, 1988, in the county aforesaid, did

14  unlawfully and feloniously engage in sexual penetration,

15  to-wit: vaginal intercourse with Patricia Ann Gore, by the

16  use of force or coercion, while he, the defendant was armed

17  with a weapon: to-wit, a knife, and the defendant caused

18  personal injury to Patricia Ann Gore, against the peace and

19  dignity of the State."  And it's signed by Gary Gerbitz,

20  District Attorney General.

21  Q        Will you make that indictment an exhibit to your

22  testimony?

23  A        I will, sir.

24         THE COURT:  Let it be marked.

25         (Exhibit 78 marked and filed.)

Rohen - Direct                    Page 297

IN THE CRIMINAL COURT OF TENNESSEE AT CHATTANOOGA

2                    THE ELEVENTH JUDICIAL DISTRICT

3

4

5   STATE OF TENNESSEE        )        Case Nos. 176380, 176404
                              )
6                            )
                             )
    vs.                      )
7                            )
                             )
8   VINCENT L. BOYD          )

9

10                  TRANSCRIPT OF THE EVIDENCE

11                    Volume One of One Volume

12

13      THE HONORABLE RUSSELL C. HINSON, PRESIDING JUDGE

14

15                          APPEARANCES

16  FOR THE STATE:

17          Mr. H. C. Bright
            Assistant District Attorney General
18          Hamilton County Justice Building
            Chattanooga, TN 37402

19  FOR THE DEFENDANT:

20
            Mr. Richard H. Winningham
21          First Tennessee Building, Suite 1215
            701 Market Street
22          Chattanooga, TN 37402

23

24

25

1 Q        You were asked about what the voting -- registered
2 voter number were in 1980.  How many registered voters were .
3 there in April of 1989?

4 A        I don't have that figure with me.  The only '89
5 figure I brought -- we are required by state law to compile
6 the registration figures at least every two months.  I was
7 unaware that anyone might be interested in April.  But the
8 figures as of July of this year -- if I can find that page,
9 which is in here somewhere -- were 160,453.  But I hasten to
10 add that that figure is going to come tumbling down very
11 quickly.  We're in the process of conducting our legally
12 required biennial purge.  And the way it's going right now, we
13 may have to cancel something in the range of 20,000 registered
14 voters.

15 Q        All right.  Now, do you -- you say you do it every
16 two months.  How about May of '89, do you know what the number
17 was then?

18 A        I didn't bring any of those figures with me.

19 Q        All right.  Can we have you --

20 A        They are obtainable, yes, if we took -- if we
21 produced the computer printout in that particular month.  I
22 don't remember which months we did it in this year.

23         MR. BRIGHT:  Could we get him to write a letter with
24 the amounts and stipulate that admissibility?

25         MR. WINNINGHAM:  I have no objection.

Conrad - Recross                         Page 12

1  MR. WINNINGHAM: It's very relevant, Your Honor.
2  We'll make it relevant.

3  Q      Between the ages of 18 and 21, how many citizens in
4  this county in 1980?

5  A      Yeah, between the eighteenth birthday --

6  Q      And the twenty-first.

7  A      -- and the twenty-first birthday, would be 16,215.

8  Q      And what's your next tier with -- above that?

9  A      Well, persons 21 years of age and over.

10  Q     And older. Okay. So that would go all the way up
11  then, I imagine. And that would be in 1980?

12  A      Correct.

13  Q      All right. And you have had no up-date on that --

14  A      That is --

15  Q      -- have you?

16  A      That is correct.

17  Q      All right. In 1980 what percentage of Hamilton
18  County citizens were black?

19  A      Nineteen and four tenths percent.

20  Q      And what was our population in 1980?

21  A      The figure reported in the book was 287,740.

22        MR. WINNINGHAM: All right, that's all I have of Mr.
23  Shepard.

24  CROSS EXAMINATION

25  BY MR. BRIGHT:

Shepard - Direct                    Page 19

A       No point in throwing them away.  They've not been
called.

Q       Uh-huh.

A       And I have to put 12,000 names in the box each year.
So when I go to the election commission, I count the number of
precinct books that are down there.  I think there were 261.
And I divided that number into the total with 8,300 or
whatever the number was -- 8,100, I guess.  And that gave me
34 potential jury people to take out of each precinct book,
which meant that I got the same -- same number of potential
jurors out of each precinct book in Hamilton County, which was
34.

Q       Do you do your lists entirely from the voter
registration list?

A       No.  Occasionally people turn in names.  Sam some-
times gives us names --

Q       How many names --

A       -- of retired people.

Q       -- do you get from miscellaneous category?

A       I would say less than a hundred probably.

Q       Less than a hundred?

A       Probably.

Q       So the overwhelming --

A       Overwhelmingly from the election commission.

Q       All right.  Now, do you pre-sort these names after

Brown - Direct                              Page 24

1  you pick them?

2  A        I alphabatize them.

3  Q        Do you check and see if they are -- have voted
4  before you put them on?

5  A        Oh, before we put them on, we do.  We have a system
6  whereby we mark on their voter registration certificate a
7  little mark that's ours alone.

8  Q        Uh-huh.

9  A        They know that at the election commission.

10  Q        Yeah.

11  A        And we know what year that's put on there.

12  Q        Uh-huh.

13  A        Try not to call anybody who has served more than
14  three times.  I try not to call anybody who has served within
15  the last five years.  We try to be as evenhanded as possible.

16  Q        Do you eliminate people who haven't voted?

17  A        Yes, I have not called people who have not voted.

18  Q        Why not?

19  A        Well, several reasons.  I suppose it was already --
20  that was established before I even started helping with this.
21  I helped Ms. Morgan, as her assistant, when she was an
22  official member of the commission.  We have a hard time enough
23  keeping up with people's addresses.  And if they haven't --
24  you know, if they haven't voted, we don't know whether the
25  address is the same or not.  They're going to be purged.  And

Brown - Direct                                    Page 25

```
 1   Q        You just say traditionally they had it out.  Ms.

 2   Morgan was not a --

 3   A        Ms. Morgan is --

 4   Q        -- judge, was she?

 5   A        -- deceased now, so she certainly couldn't answer.

 6   Q        She was not a judge, was she?

 7   A        No.

 8   Q        And did she leave some instructions when she stepped

 9   down as to how things were to be done?

10   A        Well, I had worked with Ms. Morgan since about 1972.

11   Q        In what capacity, Ms. Brown?

12   A        As her assistant, doing the cards in the election

13   commission, just as Margaret Potter helps me now.

14   Q        All right.  Now, that brings another point, Ms.

15   Brown.  You take Margaret Potter down.  She is not a member of

16   the election commission --

17   A  .     No.

18   Q        -- is she?  I mean not a member of the jury

19   commission, is she?

20   A        No.

21   Q        Yet she goes down and selects the names that go in

22   that box --

23   A        That's right.

24   Q        -- of jurors picked in this county?

25   A        Uh-huh.
```

Brown - Direct                              Page 28

```
1  Q        Don't you think it would be better to use members
2  like Dr. McCallie?
3  A        Well, you talk to Dr. McCallie and Dr. --
4  Q        Well, you're saying you're putting somebody --
5  A        -- Dr. McCallie about that.
6  Q        -- who's not -- I'm sorry.
7           MR. BRIGHT:  Your Honor, this is not my witness, but
8  could I please ask that she be allowed to finish her answers?
9           MR. WINNINGHAM:  I'm sorry.  Please finish your
10 answer.  If I've interrupted, I apologize.
11 A        You'll have to ask them why they don't come down and
12 help.  I mean I don't know.
13 Q        Why, they won't come and help?
14 A        I haven't insisted that they come down and help.
15 They're very welcome to come any time they want to.
16 Q        But you bring Margaret Potter in who is not a member
17 of the Hamilton County jury commission and she --
18 A        They --
19 Q        -- picks these names --
20 A        They know --
21 Q        -- is that right?
22 A        They -- with their -- with their -- with their con-
23 currence, I certainly do get --
24 Q        With their concurrence?
25 A        -- get an assistant.  With their -- yes, ma'am --
```

Brown - Direct                              Page 29