IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

AT CHATTANOOGA

FILED
2004 NOV 30 P 3:36
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY _____ DEPT. CLERK
ORIGINAL

---

HAROLD WAYNE NICHOLS,

   Petitioner,

-versus-       Case No. 1-02-cv-330

RICKY BELL, Warden,

   Respondent.

*DEATH PENALTY CASE*

---

Chattanooga, Tennessee
November 17, 2004

BEFORE: THE HONORABLE R. ALLAN EDGAR
UNITED STATES DISTRICT JUDGE

APPEARANCES:

  FOR THE PETITIONER:

  DANA HANSEN CHAVIS, ESQ., and
  SUSANNE BALES, ESQ., of
  Federal Defender Services
  530 South Gay Street, Suite 900
  Knoxville, Tennessee 37902

  FOR THE RESPONDENT:

  MARK A. FULKS, ESQ.,
  Assistant Attorney General
  Cordell Hull Building
  425 Fifth Avenue North
  Nashville, Tennessee 37202

MOTION HEARING
VOLUME I
PAGES 1 THROUGH 41