# ATTACHMENT A

# FEDERAL DEFENDER SERVICES
## OF EASTERN TENNESSEE, INCORPORATED

530 S. Gay Street, Suite 900
Knoxville, Tennessee 37902

Elizabeth B. Ford  Telephone 865-637-7979
Federal Community Defender  Fax 865-637-7999

December 13, 2004

VIA FACSIMILE TRANSMISSION & U.S. MAIL

Mark A. Fulks, Esq.
Assistant Attorney General
Criminal Justice Division
P. O. Box 20207
Nashville, TN 37202- 0207

**Re:  Harold Wayne Nichols v. Ricky Bell, Warden
Docket Number: 1:02-cv-330**

Dear Mr. Fulks:

This letter is a supplement to discovery disclosures and is made in good faith to fully comply with Rule 26(a)(3) and (e)(1) and the Court's order of June 16, 2004.

The below listed people may be presented at a hearing in this case if the need arises. The last known address and telephone number of each witness is provided.

> Gwen Tidwell, Clerk
> Hamilton County Criminal Court
> 600 Market Street
> Chattanooga, TN 37402
> (423) 209-7500
>
> Edna Camp, Chief Deputy Clerk
> Hamilton County Criminal Court
> 600 Market Street
> Chattanooga, TN 37402
> (423) 209-7500

Please notify me with any questions you may have.

> Very truly yours,
>
> FEDERAL DEFENDER SERVICES
> OF EASTERN TENNESSEE, INC.
>
>
> Dana C. Hansen Chavis

DHC/mrc